1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Tina E. Hulse (SBN 232936)
   tina.hulse@finnegan.com
3  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, LLP
4  3300 Hillview Avenue
   Palo Alto, California 94304
5  Tel: (650) 849-6600
   Fax: (650) 849-6666
6
   Attorneys for Plaintiffs
7  ASETEK HOLDINGS, INC.
   and ASETEK A/S

   Yitai Hu (SBN 248085)
   Elizabeth H. Rader (SBN 184963)
   ALSTON & BIRD LLP
   275 Middlefield Road, Suite 150
   Menlo Park, CA 94025-4008
   Telephone:  (650) 838-2000

   Celine Liu (SBN 268990)
   ALSTON & BIRD LLP
   The Atlantic Building
   950 F Street, NW
   Washington, DC 20004-1404
   Telephone:  (202) 239-3300

   Attorneys for Defendants
   COOLER MASTER CO., LTD. AND
   COOLER MASTER USA INC.

FILED
JUL 0 3 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S, <br><br> Plaintiffs, <br><br> v. <br><br> COOLER MASTER CO., LTD. and COOLER MASTER USA INC., <br><br> Defendants. | CASE NO.  3:13-CV-00457 JST <br><br> ~~STIPULATION REGARDING ADR AND [PROPOSED]~~ ORDER |

1   On June 28, 2013, Plaintiffs Asetek Holdings, Inc. and Asetek A/S (collectively
2   "Asetek") and Defendants Cooler Master Co., Ltd. and Cooler Master USA Inc. (collectively
3   "Cooler Master") participated in a telephone conference with the Court's ADR Unit.
4   The parties hereby stipulate to court-appointed mediation, which shall be held no later
5   than 60 days after the Court issues its claim construction order.
6   By his signature below, counsel for Plaintiffs attests that counsel for Defendants concurs
7   in the filing of this stipulation.

8

9   Dated: July 1, 2013              FINNEGAN, HENDERSON, FARABOW,
                                      GARRETT & DUNNER, LLP
10

11                                   By:_____/s/ Robert F. McCauley_____
                                              Robert F. McCauley
12
                                     Attorneys for Plaintiffs
13                                   Asetek A/S and Asetek Holdings, Inc.

14

15  Dated: July 1, 2013              ALSTON & BIRD LLP

16

17                                   By:_____/s/ Elizabeth H. Rader_____
                                              Elizabeth H. Rader
18
                                     Attorneys for Defendants
19                                   Cooler Master Co., Ltd. and
                                     Cooler Master USA Inc.
20

21

22

23

24

25

26

27

28

1

[~~PROPOSED~~] ORDER

2     Pursuant to Stipulation,

3     **IT IS SO ORDERED.**

4

5 Dated: 7/3/13

                                                                              The Honorable Jon S. Tigar
                                                                              United States District Judge
                                                                              Northern District of California

STIPULATION RE ADR AND [PROPOSED] ORDER.
CASE NO. 3:13-CV-00457 JST

1