UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK HOLDINGS, INC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COOLER MASTER CO., LTD., et al.,<br><br>    Defendants. | Case No.  13-cv-00457-JST<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS FOR FAILURE TO FILE JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

**NOTICE TO ALL PARTIES OF ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS:**

The parties' Joint Claim Construction and Prehearing Statement was required to be filed on September 24, 2013, pursuant to this Court's May 29, 2013 Scheduling Order. ECF No. 22. None has been filed.

All parties are hereby notified and ORDERED TO SHOW CAUSE why the Court should not impose sanctions for their failure to file a Joint Claim Construction and Prehearing Statement in compliance with this Court's Scheduling Order of May 29, 2013. Fed. R. Civ. P. 16(f); Civil L.R. 1-4.

The parties shall file a written response to this Order by October 24, 2013, demonstrating good cause why the Court should not impose sanctions, and shall also file by the same date either (1) their Joint Claim Construction and Prehearing Statement, or (2) a request for relief from the Scheduling Order, demonstrating good cause for such relief.  If the parties have resolved their case informally, the Court assumes the parties will also file a notice of settlement followed by a request for dismissal.

The Court will conduct a hearing on this Order to Show Cause on Thursday, October 31, 2013 at 2:00 p.m.

The Technology Tutorial and Claim Construction dates set forth in the Court's Scheduling Order, ECF No. 22, are vacated. The Court will set new dates at the hearing on October 31.

Failure to respond to this Order will result in the imposition of sanctions for failure to comply with this Order.

**IT IS SO ORDERED.**

Dated: October 15, 2013

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
JON S. TIGAR
United States District Judge