UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK HOLDINGS, INC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COOLER MASTER CO., LTD., et al., <br><br> Defendants. | Case No. 13-cv-00457-JST <br><br> **ORDER VACATING ORDER TO SHOW CAUSE** <br><br> Re: ECF No. 30 |

The Court has reviewed the parties' Joint Statement In Response To Order To Show Cause, ECF No. 32. The parties are correct that the undersigned conferred with Judge Chen regarding the parties' agreement to conduct claim construction proceedings in this case jointly with the proceedings in *Asetek v. CoolIT Systems, Inc*, Case No. 3:12-cv-04498-EMC. Because the parties' agreement was never reduced to an order in this case, however, there was no evidence of it and nothing to prompt the Court's recollection.

The Court appreciates both the promptness and courtesy of the parties' Joint Statement.

The dates set in the Court's Scheduling Order dated May 29, 2013, ECF No. 22, are VACATED. Within 10 days of the parties receipt of a claim construction order from Judge Chen, they are required to notify the undersigned, request the setting of a Case Management Conference in this case, and to submit a Joint Case Management Statement. The Court also sets a Case Management Conference on Wednesday, June 25, 2014. A Joint Case Management Statement must be filed not later than June 11, 2014. The sole purpose of the hearing is to maintain the matter on the Court's calendar. The June 25, 2014 hearing will go forward only if this action is still pending and no claim construction order has been issued.

/ / /

The Order to Show Cause issued October 15, 2013, ECF No. 30, as well as the hearing on that order, are both VACATED.

**IT IS SO ORDERED.**

Dated: October 18, 2013

_____
JON S. TIGAR
United States District Judge