Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
Celine Liu (SBN 268990)
Alexander Wueste (SBN 286577)
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008
Telephone:  650-838-2000

Attorneys for Defendants
COOLER MASTER CO., LTD. AND
COOLER MASTER USA INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>              Plaintiffs,<br><br>    vs.<br><br>COOLER MASTER CO., LTD. and COOLER MASTER USA INC.,<br><br>              Defendants. | Case No:  3:13-cv-00457 JST<br><br>**STIPULATED REQUEST FOR ORDER GRANTING EXTENSION OF TIME TO COMPLETE ALTERNATIVE DISPUTE RESOLUTION; [PROPOSED] ORDER** |

The deadline for completion of Alternative Dispute Resolution ("ADR") in this case was initially set to be completed on February 4, 2014.  Dkts. 3, 35 (stipulation setting ADR deadline for 60 days after the court issued its claim construction order (the claim construction order issued on December 3, 2013)).  On January 15, counsel inquired with the Court whether this deadline could be extended beyond February 4.  On the same day, the Court issued a text only Order stating that that the parties may file a stipulation proposing a new ADR deadline for the Court's consideration.  Dkt. 45.

Pursuant to Civil Local Rule 6-1(a), the parties stipulate, with the Court's permission, to an extension of the deadline for completion of ADR until March 31, 2014.  This extension will allow the parties enough time to gather, produce, and review damages related documents that will impact negotiations in mediation.

1  By her signature below, counsel for Defendants Cooler Master, Ltd. and Cooler Master USA,
2  Inc. attests that counsel for Plaintiff Asetek concurs in the filing of this document.

Respectfully Submitted,

Dated: February 12, 2014          ALSTON & BIRD LLP

By: /s/
    Elizabeth H. Rader (184963)
    275 Middlefield Road
    Menlo Park, CA 94025-4008

Attorneys for Defendants
COOLER MASTER CO., LTD. AND COOLER
MASTER USA INC.

Dated: February 12, 2014          FINNEGAN, HENDERSON, FARABOW, GARRETT
                                  & DUNNER LLP

By: /s/
    Robert F. McCauley (162056)
    3300 Hillview Avenue
    Palo Alto, CA 94304

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC. AND ASETEK A/S

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 13, 2014

_____

IT IS SO ORDERED

Judge Jon S. Tigar

United States District Court, Northern District of California