UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK HOLDINGS, INC, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>COOLER MASTER CO., LTD., et al.,<br><br>  Defendants. | Case No. 13-cv-00457-JST<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND INFRINGEMENT AND INVALIDITY CONTENTIONS AND TO AMEND CASE CAPTION**<br><br>Re: ECF No. 60 |

The Court is in receipt of the parties' joint letter brief, ECF No. 60, requesting leave to amend their infringement and invalidity contentions, and to amend the case caption. For good cause shown, and in the absence of prejudice, the Court hereby GRANTS the parties leave to amend their contentions and to amend the case caption to substitute the new entity "CMI USA, Inc. fka Cooler Master USA, Inc." for Defendant Cooler Master USA, Inc. The Clerk shall conform the case caption on the Court's docket to reflect this change.

**IT IS SO ORDERED.**

Dated: May 6, 2014

_____
JON S. TIGAR
United States District Judge