UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK HOLDINGS, INC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COOLER MASTER CO., LTD., et al.,<br><br>Defendants. | Case No. 13-cv-00457-JST<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND FACT DISCOVERY DEADLINE**<br><br>Re: ECF No. 62 |

On May 30, 2014, the parties stipulated to extend the fact-discovery deadline in this case. ECF No. 62. The Court hereby GRANTS the extension. The fact-discovery deadline is extended to Thursday, July 3, 2014.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
JON S. TIGAR
United States District Judge