Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600

Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
Alston & Bird LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone:  650-838-2000

Celine Liu (SBN 268990)
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone:  202-239-3300

Attorneys for Defendants
COOLER MASTER CO., LTD. AND CMI USA, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLER MASTER CO., LTD. AND CMI USA, INC., fka COOLER MASTER USA INC.,<br><br>Defendants. | CASE NO. 3:13-CV-00457-JST<br><br>**JOINT STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE; [PROPOSED] ORDER** |

1  Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") and Defendant Cooler Master
2  Co., Ltd. and CMI USA, Inc., ("Cooler Master") stipulate, with the Court's permission, to an
3  extension of the deadline for completion of expert discovery.  The parties are cooperating regarding
4  scheduling depositions and expert rebuttal report deadlines.  Specifically, the parties stipulate that
5  plaintiffs' expert rebuttal report concerning invalidity and defendants' expert rebuttal report
6  concerning damages shall be served on July 25, 2014, that the deposition of defendants' technical
7  expert will be taken on August 12, 2014, and that the deposition of defendants' damages expert will
8  be taken on August 14, 2014.

9  This extension will not interfere with the other dates established by the Court's Scheduling
10 Order (Dkt. No. 46).  Accordingly, the parties stipulate, with the Court's permission, to extend the
11 current expert discovery cut-off of August 1, 2014 to August 14, 2014.

12 By his signature below, counsel for Plaintiff Asetek attests that counsel for Defendants
13 Cooler Master Co., Ltd. and CMI USA, Inc. concur in the filing of this document.

Respectfully submitted,

Dated:  July 24, 2014                FINNEGAN, HENDERSON, FARABOW,
                                       GARRETT & DUNNER, LLP


                                     By:     /s/  *Jeffrey D. Smyth*
                                         Jeffrey D. Smyth

                                         Attorneys for Plaintiffs
                                         Asetek A/S and Asetek Holdings, Inc.


Dated:  July 24, 2014                ALSTON & BIRD, LLP


                                     By:     /s/  *Elizabeth H. Rader*
                                         Elizabeth H. Rader

                                         Attorneys for Defendants
                                         Cooler Master Co., Ltd. and
                                         CMI USA, Inc.

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2014



1