UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK HOLDINGS, INC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>COOLER MASTER CO., LTD., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-00457-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 75 |

The Court approves the parties' stipulation, ECF No. 75, as proposed, with the exception of the date requested for the hearing on dispositive motions.  The Court is not available on the proposed date, October 24, 2014.  The Court hereby SETS the dispositive motion hearing on October 15, 2015 at 2:00 PM.  All other dates are hereby SET as provided in the parties' stipulation.

**IT IS SO ORDERED.**

Dated: August 27, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge