1  Robert F. McCauley (SBN 162056)
   robert.mccauley@finnegan.com
2  Jeffrey D. Smyth (SBN 280665)
   jeffrey.smyth@finnegan.com
3  Holly Atkinson (SBN 286546)
   holly.atkinson@finnegan.com
4  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
5  3300 Hillview Avenue
   Palo Alto, California 94304
6  Tel: (650) 849-6600
   Fax: (650) 849-6666
7
   Attorneys for Plaintiffs ASETEK HOLDINGS, INC.
8  and ASETEK A/S

**FILED**

SEP 0 3 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10                UNITED STATES DISTRICT COURT
11                NORTHERN DISTRICT OF CALIFORNIA
12                    SAN FRANCISCO DIVISION

13 | ASETEK HOLDINGS, INC. and ASETEK A/S, | CASE NO. 3:13-cv-00457-JST
14 |                                        |
15 |           Plaintiffs,                  | ~~ASETEK HOLDINGS, INC. AND~~
   |                                        | ~~ASETEK A/S'S [PROPOSED]~~ ORDER
16 |     v.                                 | REGARDING PARTIES' JOINT
   |                                        | LETTER [DKT. 77]
17 | COOLER MASTER CO., LTD. and            |
   | COOLER MASTER USA INC.,                | Judge:   Hon. Jon S. Tigar
18 |                                        |
   |           Defendants.                  |

1  The Court held a telephone conference with the parties' counsel on September 3, 2014, concerning the parties' joint letter concerning a discovery dispute (Dkt. 77). After discussing the matter with the parties' counsel, and being duly advised, the Court hereby ORDERS that the Cooler Master Defendants' expert Dr. Carman may serve if it wishes, within ten days of the date of this Order, a supplemental expert report to address the eleven emails at issue in the parties' joint letter (and included in the Revised Exhibit J to the expert report of Dr. Tilton regarding infringement).

This resolves Dkt. 77.

IT IS SO ORDERED.

Dated: 9/3/14

Hon. Jon S. Tigar
Judge, United States District Court