Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600

Attorneys for Plaintiffs ASETEK HOLDINGS, INC. and ASETEK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
Alston & Bird LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone:  650-838-2000

Celine Liu (SBN 268990)
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone:  202-239-3300

Attorneys for Defendants
COOLER MASTER CO., LTD. AND CMI USA, INC.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>COOLER MASTER CO., LTD. AND CMI USA, INC., fka COOLER MASTER USA INC.,<br><br>Defendants. | CASE NO. 3:13-CV-00457-JST<br><br>**STIPULATION AND DISMISSAL and [PROPOSED ORDER]** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") and Defendant Cooler Master Co., Ltd. and CMI USA, Inc., ("Cooler Master") stipulate, with the Court's permission, to dismiss with prejudice of all of Asetek's claims in this case against Defendant Cooler Master Co., Ltd. (but not Defendant CMI USA, Inc.) and ask the Court to enter the attached [Proposed] Order of Dismissal.  Each party shall bear its own attorney fees and costs.

By his signature below, counsel for Asetek attests that counsel for Defendants Cooler Master Co., Ltd. and CMI USA, Inc. concur in the filing of this document.

Respectfully submitted,

Dated:  September 4, 2014              FINNEGAN, HENDERSON, FARABOW,
                                         GARRETT & DUNNER, LLP


                                       By:    /s/  *Robert F. McCauley*
                                           Robert F. McCauley

                                           Attorneys for Plaintiffs
                                           Asetek A/S and Asetek Holdings, Inc.


Dated:  September 4, 2014              ALSTON & BIRD, LLP


                                       By:    /s/  *Elizabeth H. Rader*
                                           Elizabeth H. Rader

                                           Attorneys for Defendants
                                           Cooler Master Co., Ltd. and
                                           CMI USA, Inc.

**[PROPOSED] ORDER OF DISMISSAL**

PURSUANT TO STIPULATION, ALL OF THE ASETEK PLAINTIFFS' PENDING CLAIMS IN THIS CASE AGAINST DEFENDANT COOLER MASTER CO, LTD. ARE DISMISSED WITH PREJUDICE.  The Asetek Plaintiffs' claims against CMI USA, Inc. are not affected by this Order.

Dated:  September ___, 2014     _____

                                                          Jon S. Tigar
                                                          United States District Judge
                                                          Northern District of California