UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASETEK HOLDINGS, INC, et al.,

        Plaintiffs,

    v.

COOLER MASTER CO., LTD., et al.,

        Defendants.

Case No.  13-cv-00457-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 84

The parties in this action have filed a stipulation of dismissal dated September 4, 2014, stating that they have agreed to dismiss all claims between Plaintiff and Defendant Cooler Master Co., Ltd.  ECF No. 84.  Plaintiffs' claims against CMI USA, Inc., are not affected by this stipulation.  Id.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiffs and Cooler Master Co., Ltd. have been dismissed with prejudice.  The Clerk is directed to terminate Cooler Master Co., Ltd. as a party in this case.

**IT IS SO ORDERED**.

Dated: September 5, 2014

_____
JON S. TIGAR
United States District Judge