Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
**ALSTON & BIRD LLP**
1950 University Circle, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Celine Liu (SBN 268990)
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC 20004-1404
Telephone: 202-239-3300
Facsimile: 202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S, <br><br> Plaintiffs, <br><br> vs. <br><br> COOLER MASTER CO., LTD. and CMI USA, INC. fka COOLER MASTER USA INC., <br><br> Defendants. | Case No: 3:13-cv-00457 JST <br><br> **DECLARATION OF GREGORY P. CARMAN, Ph.D. IN SUPPORT OF CMI USA, INC.'S MOTION FOR SUMMARY JUDGMENT OF (1) INVALIDITY OF U.S. PATENT NOS. 8,240,362 AND 8,245,764; AND (2) NON-INFRINGEMENT OF U.S. PATENT NO. 8,240,362** <br><br> DATE: October 15, 2014 <br> TIME: 2:00 PM <br> JUDGE: Jon S. Tigar <br> DEPT: Courtroom 9, 19th Floor |

**APPENDIX & EXHIBIT LISTS**

| Appendix | Title |
|---|---|
| A | Curriculum Vitae (CV) of Gregory P. Carman |

| Exhibit | Title |
|---|---|
| 1 | U.S. Patent No. 8,240,362 to Eriksen |
| 2 | U.S. Patent No. 8,245,764 to Eriksen |
| 3 | Korean Patent No. 20-0314041 to Ryu |
| 4 | U.S. Patent No. 7,544,049 to Koga *et al.* |
| 5 | U.S. Patent No. 6,019,165 to Batchelder |
| 6 | Claim Chart Comparing the '362 Patent Asserted Claims With Ryu |
| 7 | U.S. Patent No. 6,529,376 to Hamman |
| 8 | Claim Chart Comparing the '764 Patent Asserted Claims With Koga |
| 9 | U.S. Publication No. 2006/0185378 to Duan *et al.* |
| 10 | Claim Chart Comparing the '764 Patent Asserted Claims With Ryu |

I, Gregory P. Carman, declare as follows:

1.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, would testify competently, under oath, to the facts stated below.

2.  I have been retained by Defendant CMI USA, Inc. ("CMI USA") in this lawsuit.  In this declaration, I am providing some of my opinions regarding the invalidity of certain claims of U.S. Patent Nos. 8,240,362 ("the '362 patent") and 8,245,764 ("the '764 patent").  Additional opinions are the subject of my expert reports served July 3 and July 18, 2014.  True and correct copies of U.S. Patent Nos. 8,240,362 and 8,245,764 to Eriksen are attached as **Exhibits 1** and **2**.

# I.  BACKGROUND AND QUALIFICATIONS

3.  I am a Tenured Professor of Mechanical and Aerospace Engineering at the University of California, Los Angeles.  I received my Ph.D. in Engineering Science and Mechanics from Virginia Polytechnic Institute and State University in 1991.

4.  I am also the co-inventor on four U.S. patents and co-inventor on more than four pending U.S. patent applications in areas ranging from energy harvesting to medical devices and more recently to memory systems.  My full curriculum vitae is attached as **Appendix A**.

# II.  THE LEVEL OF ORDINARY SKILL IN THE RELEVANT ART

5.  For the '362 patent, the earliest priority date, based on the face of the patent, is November 7, 2003.  For the '764 patent, the earliest priority date, based on the face of the patent, is May 6, 2005.  For purposes of CMI's motion for summary judgment, I have applied Dr. Tilton's description of the level of one of ordinary skill in the relevant art.  Dr. Tilton's opinion is that "a person of ordinary skill in the art at the time of the invention would have completed college level course work in thermodynamics, fluid mechanics, and heat transfer, and would have had two or more years of experience in designing liquid cooling systems for computers."  Declaration of Celine Liu ("Liu Decl."), Ex. 11 (Tilton Validity Report) at ¶ 26.

# III.  THE '362 PATENT PRIOR ART

## A.  Ryu

6.  Korean Patent No. 20-0314041 to Ryu ("Ryu"), entitled "Water Cooler for Computer Central Processing Unit Having Impeller" was filed with the Korea Intellectual Property Office on

February 28, 2003, issued on May 9, 2003 and published on May 22, 2003. Therefore, it is prior art to the '362 patent. Ryu was not before the PTO during the prosecution or the reexamination proceeding of the '362 patent and was not considered by the examiners. True and correct copies of the English translation of Ryu, the translation certification and the original Ryu patent are attached as **Exhibit 3**.

7. In my opinion, Ryu is material to the patentability of the '362 patent, and enables one of ordinary skill to practice the asserted claims of the '362 patent.

8. In my opinion, the asserted claims of the '362 patent are invalid as anticipated by Ryu. I have compared the asserted claims with Ryu and find that they are disclosed or taught, expressly or inherently in Ryu. The detailed bases and analysis for my opinions are set forth in the attached '362 patent invalidity claim chart (**Exhibit 6**).[1]

**Independent Claim 14**

9. In my opinion, Ryu discloses every element and limitation of independent claim 14. Ryu discloses a cooling system for a CPU:

> (CPU) having an impeller, and more particularly, to a water cooler for a computer CPU having an impeller, in which water cooled by a radiator is circulated into a water jacket attached on a top surface of the computer CPU of the computer to cool heat generated from the CPU.

Ex. 3 (Ryu) at 2.

---

[1] Exhibits 6, 8 and 10 are the same claim charts attached to Cooler Master's supplemental invalidity contentions and my initial expert report on invalidity. I understand that Asetek no longer asserts claim 16 of the '362 patent and claim 6 of the '764 patent.

CARMAN DECLARATION ISO CMI USA'S MOT. FOR
SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT

Case No. 3:13-CV-00457 JST

1    10.    The Court has construed "reservoir" to mean "a receptacle or chamber for holding a

2  liquid or fluid." Dkt. No. 35 (Claim Construction Order) at 6. Applying this construction, Ryu

3  discloses a "cooling unit 50" which includes a water jacket mounted on the top surface of the "CPU

4  10" to allow cooled water to pass therethrough:

5          The cooling unit includes a water jacket 20 mounted on the top surface of the
           CPU to allow the cooled water to pass there through, a pump driver 30
6          discharging the water warmed by heat generated from the CPU while passing
           through the water jacket through a rotation force of the impeller to pump the
7          water up to the radiator 60, and a driving motor 45 driving the impeller.

8

9

10                          

11

12

13

14                          

15

16

17

18                              Figure 2

19

20  Ex. 3 (Ryu) at 2 and Fig. 2; *see also id.* at 2, 4-6; Figs. 1, 3. The cooling unit is configured to be

21  coupled to the CPU positioned on the motherboard at a first location. *Id.*

22

23

24

25

26

27

28

3

11.    In addition, Ryu discloses that the cooling unit includes a "pump driver 30" (upper chamber) and a "water jacket 20" (lower chamber):

> In the cooling unit 50 according to the present device, as shown in FIG. 2, a bottom surface of the pump driver 30 may be closely attached to a top surface of the water jacket 20 to reduce a whole height of the cooling unit. Also, the waterproof gasket may surround the connected portions between the water jacket and the pump driver to prevent water from leaking between the pump driver 30 and the water jacket 20.

Ex. 3 (Ryu) at 5; *see also id.* at 5-6; Figs. 2-3. The pump driver 30 and water jacket 20 are separate chambers containing cooling liquid that are separated by at least a horizontal wall (the wall between 30 and 20):



Figure 3

12.    Ryu discloses that the pump driver 30 (upper chamber) and the water jacket 20 (lower chamber) are fluidly coupled together by one or more passageways, e.g., inlet 22 and outlet 24:

> More particularly, the cooling water discharged from the radiator 60 through the discharge tube 66 may be introduced into the inlet 32 of the pump driver 30 and then be introduced into the inlet 22 of the water jacket 20 connected to the inlet of the pump driver. Also, the water passing through the water jacket 20 may be discharged to the pump driver 30 through the outlet 24 of the water jacket and then be discharged to the outlet 34 of the pump driver by an operation of the impeller to flow into the radiator 60 via the inflow tube 68.

Ex. 3 (Ryu) at 5; *see also id.* at 5-6; Fig. 3. At least one or more passageways (e.g., 22 or 24) is a

4

substantially circular passageway positioned on the horizontal wall. *See id*. at Fig. 3.

13. Ryu discloses that the cooling unit (reservoir) includes a heat exchanging interface, which is the bottom wall of the water jacket (lower chamber). *See* Ex. 3 (Ryu) at Fig. 2; *see also id*. at 4-6. The bottom wall of the water jacket is configured to be placed in separable thermal contact with the CPU and is removably attached to the cooling unit (reservoir) such that the heat exchanging interface forms a boundary wall of the lower chamber of the reservoir:

> Here, the water jacket 20, the pump driver 30, the waterproof gasket 40, and the driving motor 45 may be successively disposed on the CPU and then be fixed and mounted to the CPU by the coupling clip 55.

*Id*. at 5; *see also id.* at 4-6; Fig. 2.

14. Ryu discloses a radiator 60 configured to be positioned at a second location horizontally spaced apart from the first location when the cooling unit (reservoir) is coupled to the CPU 10:

> As shown in FIG. 1, a water cooler for a computer CPU having an impeller according to the present device includes a cooling unit mounted on the CPU to cool heat generated from the CPU while cooled water passes therethrough and a radiator 60 receiving water warmed by the heat generated from the CPU while passing through the cooling unit to cool the warmed water. The cooling unit is mounted on a top surface of the CPU, and the radiator 60 is mounted on one surface within a computer body 100, preferably, inside a back surface of the main body.



Figure 1

5

Ex. 3 (Ryu) at 4; Fig. 1; *see also id.* at 4-6.  Dr. Tilton has also admitted that Ryu discloses the required radiator.  Liu Decl., Ex. 12 (Tilton Tr.) at 151.

15.     Ryu discloses a cooling fan 70 adapted to direct air to the heat radiator to dissipate heat from the cooling liquid to surrounding atmosphere:

> The radiator 60 may circulate water increasing in temperature while passing through the water jacket 20 to cool the water through an operation of the cooling fan 70.  Here, the cooling fan 70 may be disposed on a front side of the radiator to circulate internal air of the computer body 100.  Alternately, the cooling fan may be disposed on a rear side of the radiator, and a plurality of holes may be formed in a back surface of the computer body to allowing the cooling fan to circulate external air, thereby improving the cooling efficiency of the radiator.  The cooling fan 70 may be disposed on various positions depending on conditions of a system.

Ex. 3 (Ryu) at 5; *see also id.* at 4-5; Fig. 1.  Dr. Tilton has also admitted that Ryu discloses the required fan.  Liu Decl., Ex. 12 (Tilton Tr.) at 151-152.

16.     Ryu discloses a "pump driver 30" configured to circulate the cooling liquid between the cooling unit (reservoir) and the radiator, the pump including a "driving motor 45" having an "impeller 36":

> The pump driver 30 according to the present device may be mounted on an upper portion of the water jacket 20 to introduce the cooling water discharged from the radiator 60 into the water jacket.  Then, the water passing through the water jacket may be pumped and discharged to the radiator 60. . . .

> The impeller 36 according to the present device may be mounted on the discharge part 35 of the pump driver 30.  A plurality of rotation blades for pumping within the water jacket 20 to the discharge part 35 is disposed on a lower portion of the impeller.  Also, the impeller 36 may include a plurality of metal shafts 36a to receive a driving force from the driving motor 45. . . . Thus, the impeller 36 may be interlocked with the driving motor by a magnetic force without installing a separate driving shaft to the driving motor 45, thereby being rotated by driving force the driving motor.

Ex. 3 (Ryu) at 6-7; *see also id.* at 4-7; Figs. 1, 3.  In my opinion, Ryu's discussion that a "brushless DC (BLDC) motor may be used as the driving motor 45" would have been understood by one of ordinary skill that stators and rotors are used in the disclosed pump.  *Id*. at 7.  This is further evidenced by Ryu's discussion on direct drive systems, and only in the preferred embodiment is the magnetic field emission rotation type blade employed:

> Typically, the driving force of the motor is transmitted through the driving shaft. . . .

> The impeller 36 includes a circulation type rotation blade 37 or a magnetic field emission type rotation blade, preferably, includes the magnetic field emission type rotation blade.

*Id*.  Indeed, Dr. Tilton agrees that Ryu discloses the same type of motor that is used in all of Asetek's liquid cooling products.  Liu Decl., Ex. 12 (Tilton Tr.) at 136-137.  Ryu also discloses the general concepts of motor and impeller blades, and it would have been understood by one of ordinary skill that impellers with curved blades would be used.  *Id*. at 4-7.  This is because curved blades were found in virtually all electromagnetic pumps utilizing blades at the time of this invention.  Dr. Tilton has also admitted that Ryu discloses the required impeller.  *Id.* at 153-154.

7

17.     As discussed above, Ryu inherently discloses a rotor.  Rotors found in these motors must be mechanically coupled to the impeller.  Ryu also discloses that the impeller is at least partially submerged in the cooling liquid in the reservoir:

> The pump driver 30 includes the inlet 32 connected to the discharge tube 66 to introduce the cooling water discharged from the radiator 60, the outlet 34 through which the water passing through the water jacket 20 is discharged to the inflow tube 68, and the discharge part 35 in which the impeller 36 is mounted and having a groove shape so that the water discharged from the water jacket is pooled.  The discharge part 35 may have a recessed groove shape so that a predetermined amount of water pumped from the water jacket by the operation of the impeller 36 is pooled.  Also, the discharge part 35 may have the outlet 34 through the pooled water is discharged by the operation of the impeller 36 in one surface thereof.  Also, the space 35a may be formed in a lower portion of the discharge part to expose and open the outlet 24 of the water jacket 20.  Thus, the water within the water jacket may be discharged to the discharge part through the space.  Thus, the water passing through the water jacket 20 may be pumped to the discharge part 35 by the operation of the impeller 36, and then be discharged to the outlet 34 of the pump driving part 30 to flow into the radiator 60 through the inflow tube 68.

Ex. 3 (Ryu) at 6; *see also id.* at 7; Figs. 2-4.

18.     Ryu inherently discloses that a speed of the impeller is configured to be varied independent of the speed of the fan because it was the norm employed in liquid cooling systems at the time of the alleged invention disclosed in the '362 patent.  This is also evidenced in prior art Batchelder's discussion on using separate motors to drive the impeller and the fan[2]:

> Many heat transfer systems use an external source of energy to pump a recirculating heat transfer fluid.  Most of these do not incorporate the pumped heat transfer fluid in an active spreader plate geometry that can be implemented as a replacement for a passive spreader plate.  Most of these incur the cost disadvantage of requiring separate motors to impel the heat transfer fluid and to impel the atmosphere.

Ex. 5 (Batchelder) at Col. 1:62-2:1.  It necessarily follows that the speed of the impeller/pump necessarily varies independent of the speed of the fan.  A true and correct copy of Batchelder is attached as **Exhibit 5**.

---

[2] U.S. Patent No. 6,019,165 to Batchelder ("Batchelder") was filed on May 18, 1998.  Ex. 5 (Batchelder).  It is undisputed that Batchelder is prior art to both the '362 and '764 patents.  *See also* Liu Decl., Ex. 12 (Tilton Tr.) at 129.

8

**Claims 15 and 16**

19.     Ryu discloses that the water jacket (lower chamber) of the cooling unit (reservoir) includes one or more features that are configured to increase an amount of time the cooling liquid takes to flow through the lower chamber, e.g., porous aluminium plates 26:





Figure 4

> Also, a plurality of porous aluminium plates 26 may be laminated and then brazed to form multiple water passages within the water jacket 20. More particularly, honeycomb-shaped porous aluminium plates 26 may be piled to overlap each other, and then aluminium molecular powder may be scattered between the aluminium plates to bond the aluminium plates to each other. Thus, the bonded aluminium plate may be recognized as the same material. Therefore, the honeycomb-shaped multiple water passages may be formed within the water jacket 20. Therefore, the cooling water introduced into the water jacket may be dispersed to pass through the multiple water passages formed within the water jacket 20, thereby maximizing the heat exchange efficiency.

Ex. 3 (Ryu) at 6; Fig. 4.

**Independent Claim 17**

20.     Ryu discloses that the radiator 60 and the cooling unit 50 (reservoir) are fluidly coupled together by tubing that extends from the first location to the second location, e.g., discharge tube 66 and inflow tube 68:

> Two tubes 66 and 68 connecting the pump driver 30 to the radiator 60 may be disposed between the cooling unit and the radiator to circulate the water passing through the water jacket 20 and cooling water.

Ex. 3 (Ryu) at 5; Fig. 1; *see also id.* at 4-6.

**Claims 18 and 19**

21.     In my opinion, Ryu likewise discloses every element and limitation of dependent claims 18 and 19.

22.     Ryu discloses that activating the pump includes circulating the cooling liquid between the pump driver 30 (upper chamber) and the water jacket 20 (lower chamber) of the reservoir:

> Two tubes 66 and 68 connecting the pump driver 30 to the radiator 60 may be disposed between the cooling unit and the radiator to circulate the water passing through the water jacket 20 and cooling water.  Thus, cooled water while passing through the radiator 60 may be discharged through a discharge tube 66 to flow into the water jacket 20 via the pump driver 30.  The water passing through the water jacket may be introduced into the radiator an inflow tube 68 via the pump driving part.

Ex. 3 (Ryu) at 5; *see also id.* at 5-6; Figs. 3, 4.

23. Ryu discloses that circulating the cooling liquid between pump driver 30 (upper chamber) and the water jacket 20 (lower chamber) includes passing the cooling liquid from the water jacket to the pump driver through a single passageway of the one or more passageways, e.g., outlet 24:

> Also, the water passing through the water jacket 20 may be discharged to the pump driver 30 through the outlet 24 of the water jacket and then be discharged to the outlet 34 of the pump driver by an operation of the impeller to flow into the radiator 60 via the inflow tube 68.

Ex. 3 (Ryu) at 5; *see also id.* at 5-6; Figs. 3-4. Ryu also discloses that the cooling liquid can be discharged from the pump driver to the water jacket:

> Thus, cooled water while passing through the radiator 60 may be discharged through a discharge tube 66 to flow into the water jacket 20 via the pump driver 30. . . .

> As described above, the cooling water cooled in the radiator 60 may be introduced into the water jacket 20 via the pump driver 30 to cool the CPU 10 disposed under the water jacket.

*Id.* at 5.

### Obviousness

24. U.S. Patent No. 529,376 to Hamman, entitled "System Processor Heat Dissipation" was filed on August 3, 2001. It is undisputed that Hamman is prior art to the '362 patent. *See* Liu Decl., Ex. 12 (Tilton Tr.) at 130. A true and correct copy of Hamman is attached as **Exhibit 7**.

25. U.S. Patent No. 7,544,049 to Koga *et al.*, entitled "Cooling Device and Centrifugal Pump to Be Used in the Same Device" has a foreign application priority date of May 26, 2003. It is undisputed that Koga is prior art to the '362 patent. *See* Liu Decl., Ex. 12 (Tilton Tr.) at 130. A true and correct copy of Koga is attached as **Exhibit 4**.

26. In my opinion, Hamman and Koga are material to the patentability of the '362 patent, and enable one of ordinary skill to practice the asserted claims of the '362 patent.

27.     To the extent the Court finds that Ryu does not disclose curved blades either expressly or inherently, however, it would have been obvious to one of ordinary skill to combine Ryu with Hamman or Koga, each of which discloses curved impeller blades:



FIG. 5

A plurality of blade members 508 (e.g., fins) are disposed upon the upper and or lower surface of plate 502.  Members 508 are co-radially curved along their outer lengths.  Assembly 500 may further comprise one or more apertures 510, formed through base plate 502.  Apertures 510 are disposed in relation to members 508, and members 508 may be curved, or any other shape to enhance fluidic movement induced by assembly 500.

Ex. 7 (Hamman) at Col. 10:5-11; Fig. 5.

## FIG.4



Next, an interior structure of pump 1 is described. Open impeller 11 has through hole 11A and open blades 12. Ring magnet 13 is inserted into impeller 11. Stator 14 is disposed inside ring-magnet 13. Pump casing 15 forms pump room 15A which accommodates impeller 11 while casing 15 restores kinetic energy, which impeller 11 has given to coolant 41, by a pressure recovery method and guides the energy to a discharge port.

Ex. 4 (Koga) at Col. 4:27-28; Fig. 4.

28.    One of ordinary skill in the art, trying to design a liquid cooling system which is small and compact and easy to install and less prone to leakage would learn from Ryu to combine the pump, thermal exchange chamber and heat-exchanging interface into one integrated component with two chambers fluidly coupled by passages:

The water jacket, the pump driver, and the driving motor constituting the cooling unit may be laminated on and coupled to each other and then be mounted on the CPU by a coupling clip 55 in a mutually coupled state. . . .

Alternatively, the pump driver be formed of the same material as the water jacket 20, i.e., the aluminium or copper material.

Ex. 3 (Ryu) at 4, 6. Ryu expressly states that the combination allows for lower height and less opportunity for leaking. The choice of an impeller having curved blades is simply a design choice well within the ability of one of ordinary skill in the art who is presumed to know all the relevant prior art and defined to have experience designing liquid cooling systems. Hamman and Koga are each in the same field and each serves the same function as Ryu. One of ordinary skill in the art would have been motivated to combine these elements because (1) each of these references is directed to the same field and each of the pumps disclosed in these references serves the same

13

purpose; (2) it would have yielded predictable results by combining these prior art elements according to known methods with Ryu; (3) one could obtain predictable results by substituting one of these prior art pumps having impellers with curved blades for Ryu's pump; and (4) it would have been obvious to try combining Ryu with these references given the finite number of identified predictable solutions and the reasonable expectation of success.

29. In summary, in my opinion, Ryu anticipates the asserted claims of the '362 patent. Ryu also renders obvious the asserted claims of the '362 patent in view of Hamman and/or Koga.

## IV. THE '764 PATENT PRIOR ART

### A. Koga

30. Koga has a foreign application priority date of May 26, 2003. It is undisputed that Koga is prior art to the '764 patent. *See* Liu Decl., Ex. 12 (Tilton Tr.) at 130.

31. In my opinion, Koga is material to the patentability of the '764 patent, and enables one of ordinary skill to practice the asserted claims of the '764 patent.

32. In my opinion, the asserted claims of the '764 patent are invalid as anticipated by Koga. I have compared the asserted claims with Koga and find that they are disclosed or taught, expressly or inherently in Koga. The detailed bases and analysis for my opinions are set forth in the attached '764 patent invalidity claim chart (**Exhibit 8**).

**Independent Claim 1**

33. In my opinion, Koga discloses every element and limitation of independent claim 1.

34. Koga discloses a cooling system for a heat-generating component:

> The present invention relates to a cooling device which cools heat-producing electronic components, such as a central processing unit (CPU), disposed in a housing by circulating coolant.

Ex. 4 (Koga) at Col. 1:6-9.

35.     Koga discloses a double-sided chassis consisted of "casing 15" and "cover wall 16" adapted to mount "pump 1A" configured to circulate a cooling liquid:

## FIG.7



Casing cover (cover wall) 16 accommodates impeller 11, and forms pump room 15A together with casing 15. As shown in FIG. 3, fixed shaft (rotary shaft) 17 is disposed to extend between the cover wall 16 and the base wall of casing 15 rotatively supports impeller 11. . . .

Cover 16 and casing 15 are assembled into the outer shell of pump [1A].

Ex. 4 (Koga) at Col. 4:38-60; 5:11-18; Fig. 7; *see also id.* at Col. 9:48-54.

36.     Koga also discloses that the pump comprising a "stator 14" and an "impeller 11," the impeller being positioned on the underside of casing 15 and cover wall 16 (double-sided chassis) and the stator being positioned on the upper side of the chassis and isolated from the cooling liquid:

Casing cover (cover wall) 16 accommodates impeller 11, and forms pump room 15A together with casing 15. As shown in FIG. 3, fixed shaft (rotary shaft) 17 is disposed to extend between the cover wall 16 and the base wall of casing 15 rotatively supports impeller 11. Fixed shaft 17 is equipped with bearing 18 provided at the center of impeller 11. . . .

Stator 14 is press-fitted into cover 16 so that the outer rim of stator 14 faces the inner rim of ring-magnet 13. Cover 16 is placed between stator 14 and ring-magnet 13 as a partition for isolating those two elements, so that stator 14 is completely isolated from coolant 41 flowing through pump room 15A. . . . In the case of a unitary design, impeller 11 is made of magnet material and a section thereof facing stator 14 is magnetized. Ring magnet 13 is rotated by the rotary magnetic field of stator 14, thereby rotating impeller 11. Then negative pressure occurs around the center of impeller 11, so that coolant 41 is sucked through sucking channel 19 communicating with impeller 11. Coolant 14 is discharged outside by kinetic momentum due to impeller 11.

Ex. 4 (Koga) at Col. 4:38-60; 5:38-57; Fig. 7.

15

37.     Koga discloses a reservoir, "pump 1A" with an "inlet 19" and an "outlet 20" adapted to pass the cooling liquid therethrough:

FIG.8



Next, an operation of pump 1A is demonstrated. IC 29 and board 28 apply a control voltage to the windings of stator 14, thereby generating rotary magnetic field in stator 14. The rotary magnetic field spins ring-magnet 13, namely, impeller 11. Coolant 41 is sucked through sucking channel 19 by spinning impeller 11, namely blades 12, and discharged from discharging channel 20.

Ex. 4 (Koga) at Col. 9:48-54; Fig. 8; *see also id.* at Col. 4:38-5:57; 8:4-9; Fig. 7. Koga also discloses a pump chamber, "pump room 15A," including the "impeller 11" and formed below casing 15 and cover wall 16 (the chassis):

Heat-receiving plane 15B is formed on an outer wall face of a base wall of casing 15 along pump room 15A, and brought into contact with component 2, thereby collecting heat off component 2. Heat-receiving plane 15B is formed on the outer wall face of casing 15 substantially parallel with a revolution surface of impeller 11. On radially outer wall surface 15C of the pump room 15A, a large number of dimples 21 are formed. A recess (recessed area) 15E defines a radially inner wall surface on a bottom of the pump room 15A that faces toward impeller 11, and has a large number of protrusions 24 projected from the radially outer wall surface and toward impeller 11. Recess 15E, slope 27, and radially outer wall surface 15C together define an inner wall face 50 of casing 15. Casing cover (cover wall) 16 accommodates impeller 11, and forms pump room 15A together with casing 15. As shown in FIG. 3, fixed shaft (rotary shaft) 17 is disposed to extend between the cover wall 16 and the base wall of casing 15 rotatively supports impeller 11. Fixed shaft 17 is equipped with bearing 18 provided at the center of impeller 11. Sucking channel 19 sucks coolant 41, and discharging channel 20 discharges coolant

16

41.  Sucking channel 19 is disposed between heat-receiving plane 15B and inner wall face 50.

Ex. 4 (Koga) at Col. 4:38-60; Fig. 7; *see also id.* at Col. 5:38-57.

38.  Additionally, Koga discloses that the pump room 15A (pump chamber) is defined by at least an impeller cover "casing 15" having one or more passages for the cooling liquid to pass through, e.g., sucking channel 19 and discharging channel 20:

Casing cover (cover wall) 16 accommodates impeller 11, and forms pump room 15A together with casing 15. . . .

Coolant 41 is sucked through sucking channel 19 by spinning blades 12, and discharged from discharging channel 20.  During this operation, in pump room 15A, coolant 41 sucked from channel 19 is transported to recess 15E of casing 15 and further flows along sucking groove 26 to near the rotation center of impeller 11.

Ex. 4 (Koga) at Col. 4:38-60; 8:4-9; Fig. 7; *see also id.* at Col. 5:38-57.

39.     Koga discloses a thermal exchange chamber, the interior of "sucking channel 19," formed below pump room 15A (pump chamber) and vertically spaced apart from the pump chamber:



FIG.3

Sucking channel 19 sucks coolant 41, and discharging channel 20 discharges coolant 41. Sucking channel 19 is disposed between heat-receiving plane 15B and inner wall face 50.

Ex. 4 (Koga) at Col. 4:57-5:4; Fig. 3. Koga also discloses that the pump room and the sucking channel are separate chambers that are fluidly coupled together by the one or more passages, e.g., through hole 11A and sucking groove 26:



FIG.4     FIG.5

Sucking groove 26 is provided together with sucking channel 19 unitarily along a direction common to channel 19 and groove 26, and extends toward the rotational center of impeller 11. Sucking groove 26 is formed as a step down from recess 15E and communicates with recess 15E. Sucking groove 26 guides coolant 41 sucked through sucking channel 19 to near the rotational center of impeller 11. . . .

As a result, pump room 15A communicates with the backside of impeller 11. This space is used as through hole 11A deviated from the rotation center. Through hole 11A guides parts of coolant 41 pushed out due to the centrifugal force of impeller 11 to the backside of impeller 11, then the parts of coolant

18

41 pass through hole 11A and flow out to sucking inlet 19A of impeller 11 with negative pressure. In other words, the parts of coolant 41 flow back. Coolant 41 flowing back is mixed at sucking inlet 19A, so that flow-back coolant 41 is always replaced with another flow-back and never stays at one place.

Ex. 4 (Koga) at Col. 4:57-5:4; 5:58-6:10; Figs. 3-5; *see also id.* at Fig. 7.

40. Koga discloses a heat-exchanging interface, the "heat-receiving plane 15B" or the "radially outer wall surface 15C," the heat-exchanging interface forming a boundary wall of the sucking channel (thermal exchange chamber), and configured to be placed in thermal contact with a surface of the heat-generating "component 2":

Heat-receiving plane 15B is formed on an outer wall face of a base wall of casing 15 along pump room 15A, and brought into contact with component 2, thereby collecting heat off component 2. Heat-receiving plane 15B is formed on the outer wall face of casing 15 substantially parallel with a revolution surface of impeller 11. On radially outer wall surface 15C of the pump room 15A, a large number of dimples 21 are formed. . . . Recess 15E, slope 27, and radially outer wall surface 15C together define an inner wall face 50 of casing 15. . . . Sucking channel 19 is disposed between heat-receiving plane 15B and inner wall face 50. . . .

In pump 1, blades 12 of impeller 11 are disposed facing component 2, and heat-receiving plane 15B is formed to have a surface complementary to the upper surface of component 2, so that pump room 15A receives the heat via heat-receiving plane 15B. . . .

Further, as shown in FIG. 3, a number of dimples 21 are formed on at least a part of a section, where impeller 11 slides, of radially outer wall surface 15C (backside of heat-receiving plane 15B). . . .

Ex. 4 (Koga) at Col. 4:38-60; 5:30-34; 6:50-57; Fig. 7.

41.     Koga discloses a "radiator 3" fluidly coupled to the pump (reservoir) and configured to dissipate heat from the cooling liquid:



FIG.1

> Coolant 41 then flows through circulating channel 4 to radiator 3, which cools coolant 41, and is sucked into pump 1 again with a lower temperature. This circulation is repeated, thereby cooling component 2.

Ex. 4 (Koga) at Col. 8:36-39; Fig. 1; *see also id.* at Col. 4:10-14. Dr. Tilton has admitted that Ryu discloses the required radiator. Liu Decl., Ex. 12 (Tilton Tr.) at 151.

**Claims 2 through 9**

42.     In my opinion, Koga likewise discloses every element and limitation of dependent claims 2 through 9.

43.     Koga discloses that the casing 15 and cover wall 16 (chassis) shields the stator 14 from the cooling liquid in the pump (reservoir):

> Cover 16 is placed between stator 14 and ring-magnet 13 as a partition for isolating those two elements, so that stator 14 is completely isolated from coolant 41 flowing through pump room 15A.

Ex. 4 (Koga) at Col. 5:38-57; Fig. 7.

44.     Koga discloses that the heat-receiving plane 15B (heat-exchanging interface) includes the bottom wall of sucking channel 19 (a first side) and the wall between 15B and component 2 (a second side) opposite the first side:

**FIG.7**



Ex. 4 (Koga) at Fig. 7; *see also id.* at Col. 4:38-5:4.  Koga also discloses that heat-receiving plane 15B (heat-exchanging interface) contacts the cooling liquid in the sucking channel 19 (thermal exchange chamber) on the bottom wall (first side) and the heat-receiving plane 15B is configured to be in thermal contact with the surface of the heat-generating component 2 on the second side:

> Heat-receiving plane 15B is formed on an outer wall face of a base wall of casing 15 along pump room 15A, and brought into contact with component 2, thereby collecting heat off component 2.  . . .  Sucking channel 19 sucks coolant 41, and discharging channel 20 discharges coolant 41.  Sucking channel 19 is disposed between heat-receiving plane 15B and inner wall face 50.

*Id.* at Col. 4:38-5:4; Fig. 7; *see also id.* at Col. 5:30-34; 6:50-57.

45.     Koga discloses that the bottom wall of sucking channel 19 (first side) of the heat-receiving plane 15B (heat-exchanging interface) includes features that are adapted to increase heat transfer from the heat-exchanging interface to the cooling liquid in the thermal exchange chamber, e.g., protrusions 24, protrusions 24A and dimples 40:

> On the other hand, the heat generated from component 2 travels to casing 15 and is transferred to protrusions 24, 24A projected from recess 15F, so that coolant 41 collects the heat when it hits against protrusions 24.  The flow of coolant 41 through spaces between protrusions 24 produces eddies, which peel thermal boundary layers off protrusions 24.  In other words, coolant 41 peels liquid film clung to protrusions 24 off, thereby collecting the heat off protrusions 24.  Instead of protrusions 24, dimples 40 can be provided on the

21

bottom face of recess 15F. This preparation also peels the thermal boundary layer and can collect the heat off casing 15 with ease.

Ex. 4 (Koga) at Col. 9:48-10:4; Fig. 7; *see also id.* at Col. 6:37-44; 8:4-22; Fig. 8. Koga discloses that the features include at least one of pins or fins, e.g., pins 24 and pins 24A. *Id.*

46.     Koga discloses that a passage of the one or more passages that fluidly couple the pump chamber and the thermal exchange chamber, e.g., "through hole 11A" or "groove 26," is offset from a center of impeller 11:



FIG.3

Sucking groove 26 guides coolant 41 sucked through sucking channel 19 to near the rotational center of impeller 11. . . .

As a result, pump room 15A communicates with the backside of impeller 11. This space is used as through hole 11A deviated from the rotation center.

Ex. 4 (Koga) at Col. 4:61-5:4; 5:58-6:10; Fig. 3; *see also id.* at Figs. 4, 5.

47.     Koga discloses that the impeller includes a plurality of "open blades 12" (curved blades):

FIG.4

Open impeller 11 has through hole 11A and open blades 12.

Ex. 4 (Koga) at Col. 4:27-28; Fig. 4.

22

48.     Koga discloses that the heat-exchanging interface (15B or 15C) includes one of copper and aluminum:

> Heat-receiving plane 15B is formed on an outer wall face of a base wall of casing 15 along pump room 15A, and brought into contact with component 2, thereby collecting heat off component 2. . . .  Recess 15E, slope 27, and radially outer wall surface 15C together define an inner wall face 50 of casing 15. . . .

> Of the cover 16 and the casing 15, at least the casing 15, is formed of material having a high thermal conductivity and an excellent heat dissipating property, e.g. copper or aluminum, of which thermal conductivity is 380-400 W/m·k and ca. 230 W/m·K respectively.

Ex. 4 (Koga) at Col. 4:38-60; 5:11-18; *see also id.* at Col. 4:14-17.

49.     Koga discloses that the heat radiator 3 is fluidly coupled to the pump 1A (reservoir) using "circulating channel 4" (flexible conduits), and the heat radiator is configured to be positioned remote from the pump 1A:

**FIG.1**



> Circulating channel 4 is formed of flexible rubber having a low gas-permeability, such as butyl rubber tubing because this material allows a flexible piping layout as well as preventing bubbles from entering into the tube.

Ex. 4 (Koga) at Col. 4:9-26; Fig. 1; *see also id.* at Col. 1:34-42; 8:36-39; Fig. 9.

**Independent Claim 10**

50.    Koga discloses a centrifugal pump 1A adapted to circulate a cooling liquid:

> Heat-producing electronic components are brought into contact with the
> centrifugal pump, so that the coolant in the pump collects the heat off the
> electronic components due to its heat exchanger function, and the radiator of
> the cooling device dissipates the heat.

Ex. 4 (Koga) at Col. 3:13-22; *see also id.* at Col. 4:38-60; 9:48-54; Fig. 7.

**Claims 11 through 14**

51.    Koga discloses that the top wall of cover 16 of the pump 1A (reservoir) physically

separates the impeller 11 from the stator 14:

> Cover 16 is placed between stator 14 and ring-magnet 13 as a partition for
> isolating those two elements, so that stator 14 is completely isolated from
> coolant 41 flowing through pump room 15A. . . .  Impeller 11 can be unitarily
> formed with ring-magnet 13; however, it is separately formed from magnet 13
> in this embodiment.

Ex. 4 (Koga) at Col. 5:38-57; Fig. 7.

52.    Koga discloses that the fluid passage (e.g., through hole 11A or sucking groove 26)

that is offset from the center of the impeller 11 is positioned tangentially to the circumference of the

impeller:



Ex. 4 (Koga) at Figs. 3, 5; *see also id.* at Col. 4:61-5:4; 5:58-6:10; Fig. 4.

**Independent Claim 15**

2    53.    Koga discloses the upper wall of the sucking channel 19 (intermediate member) and a

3  heat-receiving plane 15B (heat-exchanging interface), wherein top wall of cover 16 of the pump 1A

4  (reservoir) and casing 15 (impeller cover) define the pump room 15A (a pump chamber) for housing

5  the impeller 11, and the intermediate member and the heat exchange interface 15B define the

6  sucking channel 19 (thermal exchange chamber):

### FIG.3



Casing cover (cover wall) 16 accommodates impeller 11, and forms pump
room 15A together with casing 15. . . . Sucking channel 19 is disposed
between heat-receiving plane 15B and inner wall face 50.

Ex. 4 (Koga) at Col. 4:38-5:57; Fig. 3; *see also id.* at Col. 6:50-57; 8:4-9; Fig. 7.

**Obviousness**

54.    Ryu was filed with the Korea Intellectual Property Office on February 28, 2003,

issued on May 9, 2003 and published on May 22, 2003.  It is undisputed that Ryu is prior art to the

'764 patent.  *See* Liu Decl., Ex. 12 (Tilton Tr.) at 127.  Ryu was not before the PTO during the

prosecution proceeding of the '764 patent and was not considered by the examiner.  See Liu Decl.

Ex. 18.  While Ryu was submitted by CoolIT during the reexamination proceeding, it was not

considered by the examiner because it was not timely submitted.

55.    U.S. Patent Publication No. 2006/0185378 to Duan *et al.*, entitled "Liquid-Cooling

Heat Dissipation Assembly" was filed on February 18, 2005 by Defendant Cooler Master Co., Ltd.

It is undisputed that Duan is prior art to the '764 patent.  *See* Liu Decl., Ex. 12 (Tilton Tr.) at 131.

Duan was not before the PTO during the prosecution proceeding of the '764 patent and was not considered by the examiner. While Duan was submitted by CoolIT during the reexamination proceeding, it was not considered by the examiner because it was not timely submitted. A true and correct copy of Duan is attached as **Exhibit 9**.

56. In my opinion, Ryu and Duan are material to the patentability of the '764 patent, and enable one of ordinary skill to practice the asserted claims of the '764 patent.

57. To the extent the Court finds that Koga does not disclose a reservoir including a pump chamber and a thermal exchange chamber either expressly or inherently, however, it would have been obvious to one of ordinary skill to combine Koga with Ryu or Duan. As discussed below, Ryu discloses a pump chamber and a thermal exchange chamber that are separate chambers and fluidly coupled together by one or more passages. In addition, Duan also discloses a pump chamber (where 22 is pointing to in Figure 7) and a thermal exchange chamber (where 22 is pointing to 23 in Figure 7) that are separate chambers and fluidly coupled together by one or more passages, e.g., runners 25:



FIG. 7

The liquid cooling array module 2 comprises a box 21 with an upper cover 22 and a lower cover 23 on top and bottom sides, respectively. A plurality of heat-dissipating fins 24 are provided at center of the box 21 and runners 25 are defined between the heat-dissipating fins 24. Both ends of the runner 25 are communicated with the upper cover 22 and the lower cover 23. In the shown embodiment, the cool liquid in the upper cover 22 is conveyed to the lower cover 23 through the two runners 25 at center portion; the cool liquid in the lower cover 23 is conveyed to the upper cover 22 through the two runners 25 at side portion, as shown in FIG. 7.

Ex. 9 (Duan) at ¶ 0021; Fig. 7; *see also id.* at ¶¶ 0022, 0029; Figs. 2, 4.

58.     One of ordinary skill in the art would have been motivated to combine these references.  Each of Ryu and Duan is directed to the same field and serves the same function as that of Koga.  For example, Koga discloses a reservoir comprising a pump chamber and a thermal exchange chamber.  Ryu and Duan each also disclose a reservoir comprising a pump chamber and a thermal exchange chamber.  In addition, Ryu and Duan each disclose a passage that fluidly couples the pump chamber and the thermal exchange chamber.  Ryu and Duan each also disclose that the first side of the heat-exchanging interface includes at least one of pins or fins.  One of ordinary skill in the art would have been motivated to combine these elements because (1) each of these references is directed to the same field and each of the pumps disclosed in these references serves the same purpose; (2) it would have yielded predictable results by combining these prior art elements according to known methods with Koga; (3) one could obtain predictable results by a simple substitution of these reservoirs for Koga's reservoir; and (4) it would have been obvious to try combining Koga with these references given the finite number of identified predictable solutions and the reasonable expectation of success.

59.     In summary, in my opinion, Koga anticipates the asserted claims of the '764 patent.  Koga also renders obvious the asserted claims of the '764 patent in view of Ryu and/or Duan.

**B.      Ryu**

60.     In my opinion, the asserted claims of the '764 patent are invalid as anticipated by Ryu.  I have compared the asserted claims with Ryu and find that they are disclosed or taught, expressly or inherently in Ryu.  The detailed bases and analysis for my opinions are set forth in the attached '764 patent invalidity claim chart (**Exhibit 10**).

**Independent Claim 1**

61.     Ryu discloses a "waterproof gasket 40" and "driving motor 45" (the two components collectively constitute the double-sided chassis) adapted to mount "pump driver 30" configured to circulate a cooling liquid, and that "impeller 36" is positioned on the underside of waterproof gasket 40:



Figure 3

> The cooling unit 50 according to the present device includes the water jacket 20 through which cooling water passes therein to cool the CPU 10, the pump driver 30 introducing the cooling water into the water jacket to discharge the water passing through the water jacket, the waterproof gasket 40 covering and sealing the top surface of the pump driver, the driving motor 45 providing a driving force to the pump driver, and the coupling clip for mounting the cooling unit 50 to the CPU 10.

Ex. 3 (Ryu) at 6; Fig. 3; *see also id.* at 4-6.  The pump driver comprises an impeller 36:

> The impeller 36 according to the present device may be mounted on the discharge part 35 of the pump driver 30. . . . Thus, the impeller 36 may be interlocked with the driving motor by a magnetic force without installing a separate driving shaft to the driving motor 45, thereby being rotated by driving force the driving motor.

*Id.* at 7.

62.     As discussed above, Ryu inherently discloses a stator, which would be located inside the pump motor.  Ryu also discloses that the stator (inside driving motor 45) is positioned on the upper side of the waterproof gasket 40 and driving motor 45 (chassis) and isolated from the cooling

29

liquid. Ex. 3 (Ryu) at 6 ("the waterproof gasket 40 covering and sealing the top surface of the pump driver . . .").

63.     As discussed above, Ryu discloses a cooling unit 50 (reservoir) adapted to pass the cooling liquid therethrough. The reservoir includes pump driver 30 (pump chamber) including impeller 36 and formed below the waterproof gasket 40 and driving motor 45 (chassis):

> through which cooling water passes therein to cool the CPU 10, the pump driver 30 introducing the cooling water into the water jacket to discharge the water passing through the water jacket, the waterproof gasket 40 covering and sealing the top surface of the pump driver, the driving motor 45 providing a driving force to the pump driver, and the coupling clip for mounting the cooling unit 50 to the CPU 10. The impeller 36 for discharging water of the water jacket 20 is mounted on the discharge part 35 of the pump driver 30.

Ex. 3 (Ryu) at 6; Fig. 3; *see also id.* at 5-7; Fig. 2. Ryu also discloses that the pump driver 30 is defined by at least an impeller cover, the bottom wall of 30, having one or more passages for the cooling liquid to pass through, e.g., inlet 22 and outlet 24 of the water jacket 20:

> More particularly, the cooling water discharged from the radiator 60 through the discharge tube 66 may be introduced into the inlet 32 of the pump driver 30 and then be introduced into the inlet 22 of the water jacket 20 connected to the inlet of the pump driver. Also, the water passing through the water jacket 20 may be discharged to the pump driver 30 through the outlet 24 of the water jacket and then be discharged to the outlet 34 of the pump driver by an operation of the impeller to flow into the radiator 60 via the inflow tube 68.

*Id.* at 5; Fig. 3; *see also id.* at 6; Fig. 2.

64. Ryu discloses the water jacket 20 (thermal exchange chamber) formed below the pump driver 30 (pump chamber) and vertically spaced apart from the pump chamber:





Figure 2

Ex. 3 (Ryu) at Fig. 2; *see also id.* at 5-6; Fig. 2.

**Claims 2 through 9**

65. In my opinion, Ryu likewise discloses every element and limitation of dependent claims 2 through 9.

66. Ryu discloses that the waterproof gasket 40 and driving motor 45 (chassis) shields the stator (inside driving motor 45) from the cooling liquid in the reservoir. Ex. 3 (Ryu) at 4-6 ("the waterproof gasket 40 covering and sealing the top surface of the pump driver . . ."); Fig. 3.

67. Ryu discloses that the bottom wall of water jacket 20 (heat-exchanging interface) includes a first side and a second side opposite the first side, and wherein the heat-exchanging interface contacts the cooling liquid in the thermal exchange chamber on the inside surface of the bottom of water jacket 20 (first side) and the heat-exchanging interface is configured to be in thermal contact with the surface of the CPU 10 on the outside surface of the bottom of water jacket 20 (second side):

> The cooling unit includes a water jacket 20 mounted on the top surface of the CPU to allow the cooled water to pass therethrough, a pump driver 30 discharging the water warmed by heat generated from the CPU while passing through the water jacket through a rotation force of the impeller to pump the water up to the radiator 60, and a driving motor 45 driving the impeller. . . .

> As described above, the cooling water cooled in the radiator 60 may be introduced into the water jacket 20 via the pump driver 30 to cool the CPU 10 disposed under the water jacket.

Ex. 3 (Ryu) at 4-5; Fig. 2; *see also id.* at 6.

68. Ryu discloses that the first side of the heat-exchanging interface includes features that are adapted to increase heat transfer from the heat-exchanging interface to the cooling liquid in the thermal exchange chamber, e.g., "porous aluminium plates 26":

> Also, a plurality of porous aluminium plates 26 may be laminated and then brazed to form multiple water passages within the water jacket 20. More particularly, honeycomb-shaped porous aluminium plates 26 may be piled to overlap each other, and then aluminium molecular powder may be scattered between the aluminium plates to bond the aluminium plates to each other. Thus, the bonded aluminium plate may be recognized as the same material. Therefore, the honeycomb-shaped multiple water passages may be formed within the water jacket 20. Therefore, the cooling water introduced into the water jacket may be dispersed to pass through the multiple water passages formed within the water jacket 20, thereby maximizing the heat exchange efficiency.

Ex. 3 (Ryu) at 6; Fig. 4.

69.     Ryu discloses that the features include at least one of pins or fins, e.g., porous aluminium plates 26, which are composed of a plurality of fins:



Figure 4

Ex. 3 (Ryu) at Fig. 4; *see also id.* at 6.

70.     As discussed above, Ryu discloses one or more passages that fluidly couple the pump chamber and the thermal exchange chamber, e.g., inlet 22 and outlet 24.  Ryu also discloses that one of these passages is offset from a center of the impeller 36:



Figure 3

Ex. 3 (Ryu) at Fig. 3; *see also id.* at 5-6.

71.     Ryu discloses that the bottom wall of water jacket 20 (heat-exchanging interface) includes one of copper and aluminum.  Ex. 3 (Ryu) at 6 ("The water jacket 20 may be formed of an aluminium or copper material which has excellent thermal conductivity and heat exchange efficiency.").

**Independent Claim 10**

72.     In my opinion, Ryu discloses every element and limitation of independent claim 10.

73.     Ryu discloses a centrifugal pump could be used to implement its invention.  Ryu discloses that "[t]ypically, the driving force of the motor is transmitted through the driving shaft." Ex. 3 (Ryu) at 7.  In my opinion, this indicates that a wide range of electromagnetic pumps (including centrifugal pumps) could be used to move the fluid in the device.  Ryu also discloses that "[t]he impeller 36 includes a circulation type rotation blade 37 or a magnetic field emission type rotation blade, preferably, includes the magnetic field emission type rotation blade." *Id*.  Here Ryu provides a preferred embodiment of the electromagnetic motor, which uses magnetic field emission type blades.  When looking at the blades 37 and its orientation to the outlet 34 in Figure 4, however, it is clear that the pump moves the fluid away from the center of the pump's axis toward the outer most outlet 34.  *Id*. at Fig. 4.  A centrifugal pump, by definition, is a pump that moves fluid away from its center.  Therefore, the pump disclosed in Ryu is also a centrifugal pump.

**Claims 11 through 14**

74.     Ryu discloses that the top surface of waterproof gasket 40 (top wall) of the cooling unit 50 (reservoir) physically separates impeller 36 from the stator (inside driving motor 45).  Ex. 3 (Ryu) at 4-6 ("Also, since water may leak through a connection part between the pump driver and the impeller, a waterproof gasket 40 may cover and seal top surfaces of the pump driver and the impeller."); Fig. 3.

75.     Ryu discloses that the fluid passage that is offset from the center of impeller 36 (e.g., inlet 22 or outlet 24) is positioned tangentially to the circumference of the impeller:



Figure 3

Ex. 3 (Ryu) at Fig. 3; *see also id.* at 5-6.

**Independent Claim 15**

76.     Ryu discloses the top wall of the water jacket 20 (intermediate member) and the bottom wall of the water jacket 20 (heat exchange interface), wherein the waterproof gasket 40 (top wall) of the cooling unit 50 (reservoir) and the bottom wall of pump driver 30 (impeller cover) define pump driver 30 (pump chamber) for housing impeller 36, and the intermediate member and the heat exchange interface define the water jacket 20 (thermal exchange chamber):





Figure 2

Ex. 3 (Ryu) Fig. 2; *see also id.* at 4-7; Fig. 3.

CARMAN DECLARATION ISO CMI USA'S MOT. FOR
SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT

Case No. 3:13-CV-00457 JST

**Obviousness**

77.     To the extent the Court finds that Ryu does not disclose a plurality of curved impeller blades and a centrifugal pump either expressly or inherently, however, it would have been obvious to one of ordinary skill to combine Ryu with Koga or Duan, each of which discloses curved impeller blades.  *See* discussions above.  It would have also been obvious to combine Ryu with Koga, which discloses a centrifugal pump.  *See* discussions above.

78.     One of ordinary skill in the art would have been motivated to combine these references.  Ryu teaches a liquid cooling device for cooling the heat generating component of a computer device, wherein the cooling liquid is circulated in the reservoir of the liquid cooling system between the area the reservoir is in contact with the heat generating component and the area the reservoir is in contact with the heat radiator.  The heat generated by the heat generating device is transferred to the cooling liquid at where the reservoir is in contact with the heat generating component.  The heated cooling liquid is then circulated by a pump to where the reservoir is in contact with the heat radiator so that heat carried by the cooling liquid can be transferred and dissipated into the ambience.  Each of Duan and Koga is directed to the same field of technology and seeks to overcome certain deficiencies of and/or improve upon the existing technology.  In addition, each discloses a liquid cooling device for cooling the heat generating component of a computer device, wherein the cooling liquid is circulated in the reservoir to between the areas in contact with the heat generating component and the heat radiator, so that heat generated by the heat generating component is transferred to and carried away by the cooling liquid and dissipated by the heat radiator.

79.     In summary, in my opinion, Ryu anticipates the asserted claims of the '764 patent.  Ryu also renders obvious the asserted claims of the '764 patent in view of Koga and/or Duan.

**V.     SECONDARY CONSIDERATIONS**

80.     I have considered factors such as commercial success, copying, licensing, long-felt need, industry skepticism, and praise and recognition by others in determining whether the asserted claims of the '362 and '764 patents are not obvious.  These factors still lead me to conclude that the asserted claims of the '362 and '764 patents are obvious.

36

81. In my opinion, the commercial success factor does not show that the asserted claims are not obvious. To the extent that Asetek can show that products embodying the asserted claims are commercially successful, it is my opinion that their success is not attributable to the claimed invention in '362 and '764 patents but more to the rapid increase of thermal management issues that arose in computers during this time relatively brief time period, as well as in the improved technique in sealing the tubing connecting the separate components. For example, the '362 and '764 patents disclose a liquid cooling system including a total of four inlet/outlet connections, whereas the cited prior art discloses six connections. Significant leakage cannot be achieved by simply reducing the six connections to four. This is also consistent with my understanding of the kit-based prior art liquid cooling systems, where the separate components were connected by the users rather than the experienced workers in the factory manufacturing the sealed liquid cooling products. Based on the prosecution history, the '362 patent was issued because the examiner noted that the cited prior art failed to disclose vertically displaced chambers that are separated by a horizontal wall and fluidly coupled together by substantially circular passages. Liu Decl., Ex. 16 (May 17, 2012 Notice of Allowance) at 2-3. As discussed above, all of the claim elements and limitations of the asserted claims are found in at least the cited prior art. In addition, each of these references discloses a liquid cooler with integrated chambers and heat exchanging interface. Therefore the claimed inventions in the '362 and '764 patents did not reduce the number of components found in prior art liquid coolers leading one to the conclusion that the invention was not a direct attribute contributing to the success (if any). As such, it is my opinion that the inventions disclosed in the '362 and '764 patents do not provide a method to reduce the risk of leakage as contrasted with other prior art liquid coolers.

82. In my opinion, the copying factor does not show that the asserted claims are not obvious. Based on Cooler Master witnesses' testimony, Cooler Master Co. designed and developed the accused Seidon and Nepton products based on the design of Cooler Master's existing Aquagate products. Liu Decl., Ex. 15 (Lin Tr.) at 28:10-16; 37:3-22; 56:1-16; 111:13-20; 134:4-19. It is my understanding that Cooler Master Co. also filed the Duan application on the Aquagate products. *Id.* at 28:10-16; *see also* Ex. 9 (Duan). I also understand that the Duan application resulted in U.S. Patent No. 7,325,591. In addition, Mr. Jonathon Loo testified that CMI USA and Swiftech jointly

designed and developed the accused Glacer product. Liu Decl., Ex. 17 (Loo Tr.) at 39:4-41:19; 43:20-45:4. Indeed, Dr. Tilton has testified that he uses "copy" and "infringe" interchangeably. *Id.*, Ex. 12 (Tilton Tr.) at 119 ("So when I use the term 'copy' I mean that the products practice the invention described in the claims.").

83. In addition, it is common for companies across all sectors to evaluate and test other companies' products on the market for marketing and competitive analysis purposes.

84. It is my understanding that Cooler Master evaluated and tested other companies' liquid cooling products in order to make different and better products. Liu Decl., Ex. 15 (Lin Tr.) at 132:25-133:15; 155:19-156:3. Dr. Lin also commented that the reliability of Cooler Master's liquid cooling products is better than that of Asetek's products because fewer screws were used in Cooler Master's products. *Id*. at 136:7-20.

85. I also understand that Cooler Master tested and evaluated as many liquid cooling products that Cooler Master could obtain from the market, and not just products made or sold by Asetek. Liu Decl., Ex. 15 (Lin Tr.) at 129:9-14. It is my opinion that this is consistent with the normal practice of a company that strives to make different and better products than those on the market.

86. It is also common for companies to adopt features that appear to be similar, but are not a result of copying. Dr. Tilton has simply provided no evidence that Cooler Master has copied Asetek's devices.

87. In my opinion, the licensing factor does not show that the asserted claims are not obvious. I understand that Asetek has not licensed the '362 patent or the '764 patent.

88. In my opinion, the long-felt need factor does not show that the asserted claims are not obvious. The asserted patents claim to solve the problems found in prior art liquid cooling systems (e.g., longer installation time and difficulty, occupies more space and leakage of cooling liquid) by providing an integrated liquid cooling system. Ex. 1 ('362 patent) at Col. 1:39-49; 1:53-62; 2:18-19; Ex. 2 ('764 patent) at Col. 1:37-47; 1:51-60; 2:13-14. As discussed above, at least the prior art Ryu system provided an integrated liquid cooling system. In addition, the differences between the alleged inventions claimed in the '362 and '764 patents and the Ryu system are minimal, if any.

1  *See, e.g.*, Liu Decl., Ex. 16 (May 17, 2012 Notice of Allowance) at 2-3 (patent allowed because prior

2  art failed to disclose vertically displaced chambers that are separated by a horizontal wall and fluidly

3  coupled together by substantially circular passages).  As such, it is my opinion that no long-felt need

4  was resolved by the alleged invention.  Even assuming that a long-felt need in the market was

5  resolved, it is my opinion that companies in the cooling industry independently and near

6  simultaneously experimented along the same lines and came up with designs that are similar or the

7  same to the inventions claimed in the '362 and '764 patents.  For example, the Ryu patent

8  application was filed prior to the earliest priority dates of each of the '362 and '764 patents.

9       89.     I am not aware of any other secondary considerations that would support a finding of

10  non-obviousness with respect to the asserted claims of the '362 and '764 patents.

## VI.   NON-INFRINGEMENT

90.     In my opinion, the accused Seidon 120M, Seidon 120XL and Seidon 240M products do not infringe claim 14 of the '362 patent because they do not meet the "heat exchanging interface being removably attached to the reservoir" element of claim 14.  Based on the '362 patent specification, the reason that the "heat exchanging interface" should be removably attached to the "reservoir" is so that a user can eliminate using the "heat exchanging interface" altogether.  Instead, the "reservoir" can be attached to the CPU directly, which provides the cooling liquid direct access to the CPU.  Ex. 1 ('362 patent) at Col. 5:44-52.  As shown on page 2 of Dr. Tilton's Infringement Report (Liu Decl., Ex. 14) Exhibit A, which is reproduced below, the water block (or cold plate) is attached to the pump head with triangular-shaped security screws (also called "tamper-resistant screws"[3]).  These security screws are intended to prevent users from detaching the water block from the pump head.  *See also* Liu Decl., Ex. 15 (Lin Tr.) at 110:1-9.  Therefore, it is my opinion that Seidon 120M, Seidon 120XL and Seidon 240M do not infringe claim 14 of the '362 patent.  Because claim 15 depends on claim 14, Seidon 120M, Seidon 120XL and Seidon 240M also do not infringe claim 15 of the '362 patent.



(Source: http://us.coolermaster.com/product/Detail/cooling/seidon/seidon-120m.html)

---

[3] *See* http://en.wikipedia.org/wiki/List_of_screw_drives.

40

91. Claim 17 of the '362 patent also requires "the heat exchanging interface being removably attached to the reservoir." Like Seidon 120M, the cold plates of Seidon 120V, Nepton 140XL and Nepton 280L are attached to their respective pump heads with triangular-shaped security screws. *See* Liu Decl., Ex. 14 (Tilton Infringement Report), Ex. B at 1; Ex. C at 2-3. For the same reasons discussed above, it is my opinion that Seidon 120M, Seidon 120XL, Seidon 240M, Seidon 120V, Nepton 140XL and Nepton 280L do not infringe claim 17 of the '362 patent because they do not meet the "the heat exchanging interface being removably attached to the reservoir" element. Because claims 18 and 19 depend on claim 17, Seidon 120M, Seidon 120XL, Seidon 240M, Seidon 120V, Nepton 140XL and Nepton 280L also do not infringe claim 18 or 19 of the '362 patent.

## VII. CONCLUSION

92. In my opinion, the asserted claims of the '362 and the '764 patents are invalid as anticipated and obvious over at least the prior art set forth in this report and claim charts (Exhibits 6, 8, 10).

93. In my opinion, Seidon 120M, Seidon 120XL and Seidon 240M do not directly infringe claims 14, 15 and 17-19 of the '362 patent. Seidon 120V, Nepton 140XL and Nepton 280L do not directly infringe claims 17-19 of the '362 patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2014 in Los Angeles, California.


*Greg P. Carman*

Gregory P. Carman

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Gregory P. Carman.

Alston & Bird LLP


*/s/ Elizabeth H. Rader*

Elizabeth H. Rader