1 Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
2 **ALSTON & BIRD LLP**
1950 University Circle, 5th Floor
3 East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
4 Facsimile: 650-838-2001
yitai.hu@alston.com
5 elizabeth.rader@alston.com

6 Celine Liu (SBN 268990)
**ALSTON & BIRD LLP**
7 The Atlantic Building
950 F Street, NW
8 Washington, DC 20004-1404
Telephone: 202-239-3300
9 Facsimile: 202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>vs.<br><br>COOLER MASTER CO., LTD. and CMI USA, INC. fka COOLER MASTER USA INC.,<br><br>Defendants. | Case No: 3:13-cv-00457 JST<br><br>**DECLARATION OF CELINE LIU IN SUPPORT OF CMI USA, INC'S (1) MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 8,240,362 AND 8,245,764; AND (2) MOTION FOR PARTIAL SUMMARY JUDGMENT OF NONINFRINGEMENT OF U.S. PATENT NOS. 8,240,362 AND 8,245,764**<br><br>DATE: October 15, 2014<br>TIME: 2:00 PM<br>JUDGE: Jon S. Tigar<br>DEPT: Courtroom 9, 19th Floor |

I, Celine (Jennifer) Liu, declare as follows:

1. I am an associate in the law firm of Alston & Bird, LLP and counsel for Defendant CMI USA, Inc. in this action. I am a member in good standing of the State Bar of California and the bar of this Court. I have personal knowledge of the following facts except as otherwise stated. If called to testify, I could and would testify competently to the matters stated.

2. True and correct copies of relevant pages of the Expert Report of Dr. Donald E. Tilton Regarding Validity of U.S. Patent Nos. 8,240,362 and 8,245,764 ("Tilton Validity Report"), dated July 25, 2014 are attached as **Exhibit 11**.

3. True and correct copies of relevant pages of Dr. Donald E. Tilton's July 29, 2014 Deposition Transcript ("Tilton Tr.") are attached as **Exhibit 12**.

4. A true and correct copy of the Court's December 3, 2013 Claim Construction Order [Dkt. No. 35] is attached as **Exhibit 13**.

5. True and correct copies of relevant pages of the Initial Expert Report of Dr. Donald E. Tilton Regarding Infringement of U.S. Patent Nos. 8,240,362 and 8,245,764 ("Tilton Infringement Report") and Exhibits A-C, dated July 3, 2014 is attached as **Exhibit 14**.

6. A true and correct copy of relevant pages of Dr. Howard Lin's June 12-13, 2014 Deposition Transcript ("Lin Tr.") is attached as **Exhibit 15**.

7. A true and correct copy of the '362 patent prosecution May 17, 2012 Notice of Allowance is attached as **Exhibit 16**.

8. True and correct copies of relevant pages of Jonathon Loo's June 6, 2014 Deposition Transcript ("Loo Tr.") are attached as **Exhibit 17**.

9. True and correct copies of relevant pages of the '764 patent reexamination file history are attached as **Exhibit 18**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of September, 2014 in Washington, DC.

_____
Celine (Jennifer) Liu

2

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Celine (Jennifer) Liu. Alston & Bird LLP

*/s/ Elizabeth H. Rader*

Elizabeth H. Rader