Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC.
and ASETEK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
Alston & Bird LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone:  650-838-2000

Celine Liu (SBN 268990)
Alston & Bird LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone:  202-239-3300

Attorneys for Defendants
CMI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>Defendants. | CASE NO.  3:13-CV-00457-JST<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME FOR HEARING PLAINTIFFS' MOTION TO EXCLUDE TESTIMONY OF DR. GREGORY P. CARMAN;**<br><br>**[PROPOSED] ORDER**<br><br>Judge:  Hon. Jon S. Tigar |

On September 10, 2014, Plaintiffs Asetek Holdings, Inc. and Asetek A/S ("Asetek") filed a Motion to Exclude Testimony of Defendant's Expert Gregory P. Carman.  Dkt. 92  Asetek noticed the hearing for the motion for Thursday, October 16, 2014, the Court's day for civil law and motion hearings.  The Court previously set the dispositive motion hearing on October 15, 2014.  Dkt. 76.  To minimize the burden on the parties and the Court, the parties have agreed and jointly request that the hearing on Asetek's Motion to Exclude Testimony of Defendant CMI USA, Inc.'s Expert Gregory P. Carman be advanced by one day, so that the motion is heard on Wednesday, October 15, 2014, at the same time as the hearing for dispositive motions.  This proposed change will not impact any other deadlines in this case and the hearing on Asetek's motion would be conducted thirty-five days after the filing of the motion.

Accordingly, pursuant to Local Rule 6-2, counsel for Plaintiffs and Defendant jointly submit this stipulated request for an order changing time, requesting that the Court order that the hearing on Asetek's Motion to Exclude be advanced by one day, moving the hearing from October 16, 2014, to October 15, 2014.

By his signature below, counsel for Plaintiffs attests that counsel for Defendant concurs in the filing of this document.

Dated: September 10, 2014        Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP


By:     /s/ Jeffrey D. Smyth
    Jeffrey D. Smyth (SBN 280665)
    Attorneys for Plaintiffs
    ASETEK HOLDINGS, INC. and ASETEK A/S


Dated: September 10, 2014        ALSTON & BIRD, LLP


By:     /s/ Elizabeth H. Rader
    Elizabeth H. Rader (SBN 184963)
    Attorneys for Defendants
    CMI USA, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 11, 2014



The Honorable Jon S. Tigar
United States District Judge
Northern District of California