Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
**ALSTON & BIRD LLP**
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Celine Liu (SBN 268990)
**ALSTON & BIRD LLP**
950 F Street, NW
Washington, DC 20004-1404
Telephone: 202-239-3300
Facsimile: 202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiffs
ASETEK HOLDINGS, INC.
and ASETEK A/S

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK HOLDINGS, INC. and ASETEK A/S,<br><br>Plaintiffs,<br><br>vs.<br><br>COOLER MASTER CO., LTD. and CMI USA INC., fka COOLER MASTER USA, INC.,<br><br>Defendants. | Case No: 3:13-cv-00457 JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DEFENDANT CMI USA, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF (1) INVALIDITY OF U.S. PATENT NOS. 8,240,362 AND 8,245,764; AND (2) NON-INFRINGEMENT OF U.S. PATENT NO. 8,240,362**<br><br>DATE:  October 15, 2014<br>TIME:  2:00 PM<br>JUDGE:  Jon S. Tigar<br>DEPT:  Courtroom 9, 19th Floor |

STIP. & [PROPOSED] ORDER EXTENDING TIME TO FILE CMI USA'S REPLY ISO MOT. FOR SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT

Case No. 3:13-CV-00457 JST

Pursuant to the Court's August 27, 2014 Scheduling Order (Dkt. No. 76), Defendant CMI USA filed a motion for summary judgment (Dkt. No. 86) on September 5, 2014. Plaintiff Asetek filed its opposition on September 19, 2014. Pursuant to Civil L.R. 7-3, CMI's opposition is due on September 26, 2014. Hearing on the motion is scheduled to take place on October 15, 2014.

Pursuant to Civil L.R. 6-2(a) and 7-12, the parties, through their respective counsel of record, hereby stipulate, with the Court's permission, to extend the time for CMI to file its reply brief by one court day, from Friday, September 26, 2014 to Monday, September 29, 2014. No change to the scheduled hearing date is requested or necessary in light of this requested extension, and the Court would still have more than two weeks to consider full briefing before the hearing on October 15, 2014.

By the signature below, counsel for Defendant CMI attests that counsel for Plaintiff Asetek concur in the filing of this document.

Dated:  September 25, 2014            Respectfully submitted,

ALSTON & BIRD LLP

By:      /s/ *Elizabeth H. Rader*
     Elizabeth H. Rader

     Attorneys for Defendant CMI USA, Inc.

Dated:  September 25, 2014            Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

By:      /s/ *Robert F. McCauley*
     Robert F. McCauley

     Attorneys for Plaintiffs Asetek A/S
     and Asetek Holdings, Inc.

1

STIP. & [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE CMI USA'S REPLY ISO MOT. FOR SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT

Case No. 3:13-CV-00457 JST

**Filer's Attestation**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Robert F. McCauley.

                           Alston & Bird LLP

                           */s/ Elizabeth H. Rader*
                           Elizabeth H. Rader

2

STIP. & [PROPOSED] ORDER EXTENDING TIME TO FILE CMI USA'S REPLY ISO MOT. FOR SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT       Case No. 3:13-CV-00457 JST

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED.  CMI USA will have until September 29, 2014 to file its reply motion for summary judgment brief.

**IT IS SO ORDERED.**

Dated:  September 26, 2014



3

STIP. & [PROPOSED] ORDER EXTENDING TIME TO FILE CMI USA'S REPLY ISO MOT. FOR SUMM. J. OF INVALIDITY & OF NON-INFRINGEMENT

Case No. 3:13-CV-00457 JST