Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff
ASETEK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
ALSTON & BIRD LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Celine Liu (SBN 268990)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone: 202-239-3300
Facsimile: 202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK A/S,<br><br>               Plaintiff,<br><br>     v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>               Defendant. | CASE NO. 3:13-CV-00457-JST<br><br>**STIPULATED REQUEST FOR ORDER RE MATERIALS FOR HEARING; [PROPOSED] ORDER**<br><br>Date: October 15, 2014<br>Time: 2:00 p.m.<br>Location: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

1    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Asetek A/S
2 ("Asetek"), its attorneys and agents, and Defendant CMI USA, Inc. ("CMI USA"), its attorneys and
3 agents, as follows:
4    On October 15, 2014, Asetek and CMI USA, by and through their respective counsel of
5 record, may each bring into the federal courthouse located at 450 Golden Gate Avenue, San
6 Francisco, California, and use in Courtroom 9, 19th Floor, samples of the cooling products for use in
7 personal computer systems at issue in the case.
8    Asetek and CMI USA respectfully request an order allowing Asetek and CMI USA to bring
9 samples of the cooling products at issue in the case into the courtroom.
10    By his signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the
11 filing of this document.

Dated:  October 14, 2014            Respectfully submitted,

                                    FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP


                                    By:     /s/  *Robert F. McCauley*
                                        Robert F. McCauley

                                        Attorneys for Plaintiff
                                        Asetek A/S


Dated:  October 14, 2014            ALSTON & BIRD LLP


                                    By:    */s/ Elizabeth H. Rader*
                                        Elizabeth H. Rader

                                        Attorneys for Defendant
                                        CMI USA, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 15, 2014

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California