Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
ALSTON & BIRD LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Celine Liu (SBN 268990)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone: 202-239-3300
Facsimile: 202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>           Plaintiff,<br><br>     v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>           Defendant. | CASE NO. 3:13-CV-00457-JST<br><br>**JOINT STIPULATED REQUEST TO CONTINUE FILING DATE OF MOTIONS IN LIMINE BY ONE DAY; [PROPOSED] ORDER** |

1 | Counsel for Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CMI USA, Inc. ("CMI
2 | USA") respectfully stipulate and request, with the Court's permission, that the due date for motions
3 | *in limine* be continued by one day from November 4, 2014 to November 5, 2014, and that the due
4 | date for oppositions be moved from November 10, to November 11, 2014 (in advance of the pretrial
5 | conference on November 14, 2014).

6 | The Court indicated a willingness to modify the schedule for filing *in limine* motions at the
7 | recent hearing on CMI USA's motion for summary judgment, and because parties are busily
8 | engaged in pretrial discussions and work related to the trial exhibit list, pretrial statement, and other
9 | matters, and are continuing to negotiate potential motions *in limine,* the parties believe that each
10 | would benefit by the requested extension and that the number of motions *in limine* may be reduced
11 | as a result.

13 | By his signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the
14 | filing of this document.

16 | Dated: November 3, 2014         Respectfully submitted,

17 |                                FINNEGAN, HENDERSON, FARABOW,
                                        GARRETT & DUNNER, LLP

19 |                                By:    /s/ *Robert McCauley*
                                        Robert F. McCauley

20 |                                Attorneys for Plaintiffs
21 |                                Asetek A/S and Asetek Holdings, Inc.

23 | Dated: November 3, 2014         ALSTON & BIRD LLP

25 |                                By:    */s/ Elizabeth Rader*
                                        Elizabeth H. Rader

26 |                                Attorneys for Defendant
                                        CMI USA, Inc.

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2014



Judge Jon S. Tigar