1  Yitai Hu (SBN 248085)
   yitai.Hu@alston.com
2  Elizabeth H. Rader (SBN 184963)
   elizabeth.rader@alston.com
3  ALSTON & BIRD LLP
   1950 University Avenue, 5th Floor
4  East Palo Alto, CA  94303
   Tel:  650-838-2000
5  Fax: 650-838-2001

6  Celine Liu (SBN 268990)
   celine.liu@alston.com
7  ALSTON & BIRD LLP
   950 F Street, NW
8  Washington, DC 20004-1404
   Tel:  202-239-3300
9  Fax: 202-239-3333

10 Attorneys for Defendant
   CMI USA, INC.

   Robert F. McCauley (SBN 162056)
   Robert.mccauley@finnegan.com
   Jeffrey D. Smith (SBN 280665)
   Jeffrey.smyth@finnegan.com
   Holly Atkinson (SBN 286546)
   Holly.atkinson@finnegan.com
   FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP
   3300 Hillview Avenue
   Palo Alto, CA 94304
   Tel:  650-849-6600
   Fax: 650-849-6666

   Attorneys for Plaintiff
   ASETEK DANMARK A/S

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>    Plaintiff,<br><br>    v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.<br><br>    Defendant. | CASE NO.  3:13-CV-00457-JST<br><br>**JOINT STIPULATED REQUEST TO CONTINUE FILING DATE OF JURY VOIR DIRE QUESTIONS, PROPOSED JURY INSTRUCTIONS AND PROPOSED JURY VERDICT FORMS BY ONE DAY; [PROPOSED] ORDER** |

Counsel for Defendant CMI USA, INC. ("CMI USA") and Plaintiff Asetek Danmark A/S ("Asetek") respectfully stipulate and request, with the Court's permission, that the filing deadline for jury voir dire questions, proposed jury instructions and proposed jury verdict forms be continued by one day from November 6, 2014, to 2:00 p.m. November 7, 2014.  The parties have exchanged drafts of the documents and believe that an additional day will make it possible to reach agreement on a small number of issues where the parties' positions are different without the involvement of the Court.

By her signature below, counsel for CMI USA Inc. attests that counsel for Plaintiff concur in the filing of this document.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: November 6, 2014 | **ALSTON & BIRD LLP** |
|  | /s/<br>ELIZABETH H. RADER<br>Attorneys for Defendant |
|  | CMI USA, INC. |
|  | Respectfully submitted, |
| DATED: November 6, 2014 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
|  | /s/<br>ROBERT F. McCAULEY<br>Attorneys for Plaintiff |
|  | ASETEK DANMARK A/S |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: November __6__, 2014

_____
JON S. [TIGAR]
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

JOINT STIPULATED REQUEST TO CONTINUE FILING DATE OF JURY VOIR DIRE QUESTIONS, PROPOSED JURY INSTRUCTIONS AND PROPOSED JURY VERDICT FORMS BY ONE DAY

Case No. 3:13-cv-00457 JST