Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
Holly Atkinson (SBN 286546)
holly.atkinson@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
ALSTON & BIRD LLP
1950 University Circle, 5th Floor
E. Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Celine Liu (SBN 268990)
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004-1404
Telephone: 202-239-3300
Facsimile: 202-239-3333
celine.liu@alston.com

Frank G. Smith, III (admitted *pro hac vice*)
frank.smith@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777

Attorneys for Defendant
CMI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>             Plaintiff,<br><br>       v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>             Defendant. | CASE NO.  3:13-CV-00457-JST<br><br>**JOINT STIPULATION REQUESTING ORDER TO PERMIT ENTRY OF EQUIPMENT AND MATERIALS INTO COURT;**<br><br>**[PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12 and the Court's instruction at the November 14, 2014 Pretrial Conference, Counsel for Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CMI USA, Inc. ("CMI USA") stipulate and respectfully request an order permitting counsel and equipment vendors for Asetek and CMI USA to bring presentation equipment into court to be used for trial beginning on December 1, 2014 through approximately December 18, 2014.  Good cause exists as the parties (a) have sought to limit the scope of this request to only what is necessary for the jury trial, currently scheduled from December 2, 2014, through approximately December 18, 2014, and (b) have agreed to share equipment where possible.

As such, Asetek and CMI USA specifically request an order from the Court allowing the parties and their vendors to bring into Court from December 1, 2014, through approximately December 18, 2014: (1) laptops, laptop peripherals, hard drives, tablets, and liquid cooling devices (for use as trial exhibits); and (2) the following equipment or materials:

1. Six 17" LCD Flat Panel Monitors

2. One High-Resolution Projector (5000 - 6500 Lumens)

3. One Large Projection Screen (7.5' x 10')

4. Two Wolfvision Document Cameras

5. Two DaLite Projector Stands (25" x 17")

6. One DaLite Adjustable Height Rolling Stand

7. Two Tech Tables (18" x 60") with Skirt

8. One Eight-Way distribution amplifier

9. Two Six-Way Switching Devices

10. One VGA Splitter (1 x 2)

11. Two Computer Audio Patches

12. Two Fender Speakers

13. VGA Cabling, Extension Cords, Power Strips and Wiring

Plaintiff's Courtroom Consultant Equipment:

1. Two Laptops, Power Supplies and Mouse

2. One Small Color Printer

Defendant's Courtroom Consultant Equipment:

1. Two Laptops, Power Supplies and Mouse

2. One Small Black and White Printer

The parties further request an Order from the Court granting permission to enter Courtroom 9 on Monday, December 1, 2014, at 1:00 p.m. (or at another time to be confirmed by the Court's courtroom deputy) to assemble the aforementioned equipment in advance of the trial.

The parties further request an Order from the Court granting permission to bring equipment and/or boxes containing exhibits into the courthouse by an approved vendor through the Court's loading dock area.

By his signature below, counsel for Plaintiff attests that counsel for Defendant concurs in the filing of this document.

Dated:  November 25, 2014                Respectfully submitted,

                                              FINNEGAN, HENDERSON, FARABOW,
                                                 GARRETT & DUNNER, LLP

By: /s/ *Robert F. McCauley*
     Robert F. McCauley

Attorneys for Plaintiff
Asetek Danmark A/S

Dated:  November 25, 2014                ALSTON & BIRD LLP

By: */s/ Elizabeth H. Rader*
     Elizabeth H. Rader

Attorneys for Defendant
CMI USA, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 26, 2014

