UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASETEK DANMARK A/S,

    Plaintiff,

v.

CMI USA, INC.,

    Defendant.

Case No. 13-cv-00457-JST

**ORDER DIRECTING JURY COMMISSIONER TO FURNISH LUNCH DURING DELIBERATION**

    IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily lunch for the members of the jury in the above-entitled matter commencing on Thursday, December 18, 2014 and continuing during their deliberations. The lunch shall be furnished for the members of the jury at the expense of the United States District Court Jury Commissioner.

    **IT IS SO ORDERED.**

Dated: December 17, 2014

                                                              JON S. TIGAR
                                                       United States District Judge