UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASETEK DANMARK A/S,

    Plaintiff,

v.

CMI USA, INC.,

    Defendant.

Case No.  13-cv-00457-JST

**ORDER REGARDING RETENTION OF EXHIBITS AND RETRIEVAL OF TRIAL MATERIALS**

The trial in this case concluded on December 17, 2014.  Several administrative details remain to be resolved.

First, the parties shall retrieve from the Court all admitted exhibits.  They shall retain, and not destroy, any trial exhibits that are in their possession.

Second, the parties shall retrieve from the Court any materials and items that are unused or not needed by the Court, including binders, notebooks, pens, and demonstrative items.

Third, the parties shall contact the Courtroom Deputy, William Noble, to coordinate a date and time to pick up the remaining materials.

**IT IS SO ORDERED.**

Dated:  December 22, 2014

    JON S. TIGAR
    United States District Judge