| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>Holly Atkinson (SBN 286546)<br>holly.atkinson@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Tel: (650) 849-6600<br>Fax: (650) 849-6666<br><br>Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Telephone: (617) 646-1600<br>Facsimile: (617) 646-1666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Yitai Hu (SBN 248085)<br>Elizabeth H. Rader (SBN 184963)<br>Alston & Bird LLP<br>1950 University Circle, 5th Floor<br>E. Palo Alto, CA 94303-2282<br>Telephone:  650-838-2000<br>Facsimile:  650-838-2001<br>yitai.hu@alston.com<br>elizabeth.rader@alston.com<br><br>Frank G. Smith, III (admitted *pro hac vice*)<br>Alston & Bird LLP<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone:  404-881-7000<br>Facsimile:  404-881-7777<br>frank.smith@alston.com<br><br>Celine Liu (SBN 268990)<br>Alston & Bird LLP<br>950 F Street, NW<br>Washington, DC 20004-1404<br>Telephone:  202-239-3300<br>Facsimile: 202-239-3333<br>celine.liu@alston.com<br><br>Attorneys for Defendant<br>CMI USA, INC. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>         Plaintiff,<br><br>    v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>         Defendant. | CASE NO.  3:13-CV-00457-JST<br><br>**JOINT STIPULATION REQUESTING TELEPHONIC CONFERENCE**<br><br>**[PROPOSED] ORDER**<br><br>Judge:  Jon S. Tigar |

1  On December 17, 2014, the Court directed Plaintiff Asetek Danmark A/S and Defendant CMI USA, Inc. to confer and to submit, by Thursday, January 8, 2015, a proposed schedule or competing proposed schedules regarding briefing for the remainder of the case.  To facilitate their discussions, the parties request the Court's guidance as to, among other things, whether the Court wishes the parties to submit proposed findings of fact and conclusions of law (or other briefing) on obviousness.

Accordingly, and in view of the parties' deadline to submit their proposals by Thursday, January 8, 2015, the parties jointly request a short telephone conference with the Court on or before noon on January 8, 2015.

By his signature below, counsel for Asetek attests that counsel for CMI USA concurs in the filing of this document.

Dated:  January 5, 2015                Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, LLP


By:    */s/ Robert F. McCauley*
   Robert F. McCauley (SBN 162056)
   Attorneys for Plaintiff ASETEK DANMARK A/S


Dated:  January 5, 2015                ALSTON & BIRD, LLP


By:    */s/ Yitai Hu*
   Yitai Hu (SBN 248085)
   Attorneys for Defendant CMI USA, INC.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the Court will hold a telephonic conference on January 7, 2015 at 4:00 p.m.  Plaintiff Asetek will provide to the Courtroom Deputy Clerk a single conference call number for the Court to use.

Dated:  January 6, 2015

_____
United States District Judge
Jon S. Tigar

