Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

COOLEY LLP
REUBEN H. CHEN (SBN 228725)
rchen@cooley.com
KYLE D. CHEN (SBN 239501)
kyle.chen@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400


Attorneys for Defendant
CMI USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff,<br><br>  v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC.<br><br>    Defendant. | CASE NO. 3:13-CV-00457-JST<br><br>**JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE;**<br><br>**PROPOSED ORDER**<br><br>Judge: Hon. Jon S. Tigar |

On January 8, 2015, the parties submitted a joint proposal regarding the post-trial briefing schedule. Dkt. 229. The proposal set dates for submitting proposed findings of fact and conclusions of law, and also noted that "Motions under Federal Rule of Civil Procedure 50(b) and/or for a new trial, if any, and a motion for entry of a permanent injunction, if any, will be filed within twenty-eight days after the Court's entry of judgment." *Id.* On April 21, 2015, the Court entered findings of fact and conclusions of law regarding CMI USA's invalidity defenses, and entered judgment in favor of Asetek. Dkt. 249. The Court also directed Asetek to "submit to the Court a proposed form of final judgment within ten days of the issuance of this order." *Id*.

The parties understand that under Fed. R. Civ. P. 58(a) a judgment in this case must be set out in a separate document, and that the date of entry of judgment will be when such separate document is docketed pursuant to Fed. R. Civ. P. 79(a). *See* Fed. R. Civ. P. 58(c); *Harmston v. City & Cnty. of San Francisco*, 627 F.3d 1273, 1280-81 (9th Cir. 2010). The parties also understand that after the Court considers Asetek's proposed form of judgment, a separate document will be docketed as provided for in Fed. R. Civ. P. 58(a). Accordingly, and for the avoidance of doubt, the parties hereby stipulate, and respectfully request the Court order, that the date of judgment pursuant to Fed. R. Civ. P. 58 and for the purposes of calculating post-trial deadlines will be the date on which that separate document is entered on the docket, and that Docket No. 249, entered on April 21, 2015, did not trigger the running of time for any of the post-trial deadlines.

By his signature below, counsel for Plaintiff Asetek attests that counsel for Defendant CMI USA concurs in the filing of this document.

| | |
|---|---|
| Dated: May 1, 2015 | Respectfully submitted, |
| | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By: __/s/ **Robert F. McCauley**__ |
| | Robert F. McCauley (SBN 162056) |
| | robert.mccauley@finnegan.com |
| | Attorneys for Plaintiff |
| | ASETEK DANMARK A/S |
| Dated: May 1, 2015 | COOLEY LLP |
| | By: __/s/ **Kyle Chen**__ |
| | Kyle Chen (SBN 239501) |
| | kyle.chen@cooley.com |
| | Attorneys for Defendant |
| | CMI USA, Inc. |

1 [PROPOSED] ORDER

2   Pursuant to the Parties' stipulation, IT IS SO ORDERED.

Dated: ___May 4___, 2015   _____

