Yitai Hu (SBN 248085)
Elizabeth H. Rader (SBN 184963)
**ALSTON & BIRD LLP**
1950 University Circle, 5th Floor
East Palo Alto, CA 94303-2282
Telephone:  650-838-2000
Facsimile:  650-838-2001
yitai.hu@alston.com
elizabeth.rader@alston.com

Frank G. Smith, III (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile:  404-881-7777
frank.smith@alston.com

Celine Liu (SBN 268990)
**ALSTON & BIRD LLP**
The Atlantic Building
950 F Street, NW
Washington, DC  20004-1404
Telephone:  202-239-3300
Facsimile:  202-239-3333
celine.liu@alston.com

Attorneys for Defendant
CMI USA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASETEK DANMARK A/S, | Case No.:  3:13-cv-00457 JST |
| Plaintiff, | **REQUEST PURSUANT TO LOCAL RULE 11-5 FOR AN ORDER PERMITTING WITHDRAWAL OF COUNSEL AND [PROPOSED]ORDER** |
| v. | |
| CMI USA, INC., fka COOLER MASTER USA, INC., | |
| Defendant. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as of May 1, 2015, subject to the approval of the Court, pursuant to Local Rule 11-5, the law firm of Alston & Bird withdraws as counsel for CMI USA Inc. and will no longer appear as counsel of record in this action.

The undersigned provided written notice of Alston & Bird's intent to seek to withdraw to counsel for Asetek Danmark A/S on April 30, 2105.  CMI USA Inc. has engaged and will be represented by Kyle Dakai Chen and Reuben Chen, of the law firm Cooley Godward LLP, whose appearances on behalf of Defendants in this action were made on April 28, 2015 (Dkt. Nos. 250 and 251).  Accordingly, Alston & Bird respectfully requests an Order permitting the requested withdrawal.

DATED:  May 1, 2015                                      Respectfully submitted,

                                                         ALSTON & BIRD LLP

                                                          /s/Elizabeth H. Rader
                                                         Elizabeth H. Rader

**[PROPOSED ORDER]**

The request of CMI USA's attorneys of record at the law firm of Alston & Bird to withdraw as counsel is hereby granted.

**IT IS SO ORDERED.**

DATED:  May 4, 2015

