UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff,<br><br>    v.<br><br>CMI USA, INC.,<br><br>    Defendant. | Case No. 13-cv-00457-JST<br><br>**ORDER DIRECTING DEFENDANT TO APPROVE PROPOSED JUDGMENT AS TO FORM OR TO FILE OBJECTIONS**<br><br>Re: ECF No. 253 |

On April 21, 2015, the Court issued its findings of fact and conclusions of law resolving issues that remained after trial in this case. ECF No. 249. The Court found in Plaintiff's favor and concluded that Defendant had failed to prove its defenses of obviousness, lack of written description, and indefiniteness. Id. The Court ordered Plaintiff to file a proposed form of final judgment, id. at 29, which Plaintiff did on May 1, 2015, see ECF No. 253.

The Court now orders Defendant, within five court days of the date of this order, either to approve the proposed final judgment as to form or to file objections to it. If Defendant objects to the proposed judgment, Plaintiff shall file any reply to the objections within five court days of Defendant's objections.

After considering the parties' submissions, if any, the Court will enter final judgment.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
JON S. TIGAR
United States District Judge