**FILED**
JUN 0 2 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | CASE NO. 3:13-CV-00457-JST |
| Plaintiff, | REVISED [PROPOSED] JUDGMENT |
| v. | |
| CMI USA, INC., fka COOLER MASTER USA, INC., | Judge: Hon. Jon S. Tigar |
| Defendant. | |

Based upon the verdict of the jury, the Court's prior findings of fact and conclusions of law, as well as Orders entered by the Court, it is now **ORDERED, ADJUDGED, AND DECREED** that:

With respect to Asetek's claim for direct infringement of claims 14, 15, and 17-19 of the U.S. Patent No. 8,240,362 ("the '362 patent") and for contributory infringement of claims 17-19 of the '362 patent, and CMI's counterclaim for declaratory judgment of noninfringment of the '362 patent, judgment is entered in favor of Asetek and against CMI as follows:

(a) the Seidon 120M, Seidon 120XL, Seidon 240M, and Glacer 240L products sold by CMI in the United States directly infringe claims 14, 15, 17, and 18, and contributorily infringe claims 17 and 18, of the '362 patent; and

(b) the Seidon 120V, Nepton 140XL, and Nepton 280L products sold by CMI in the United States directly and contributorily infringe claims 17-19 of the '362 patent.

With respect to Asetek's claim for direct infringement of claims 1-15 and 17-18 of U.S. Patent No. 8,245,764 ("the '764 patent") and CMI's counterclaim for declaratory judgment of noninfringment of the '764 patent, judgment is entered in favor of Asetek and against CMI as follows:

(a) the Seidon 120M, Seidon 120XL, and Seidon 240M products sold by CMI in the United States directly infringe claims 1-5 and 7-9 of the '764 patent;

1  (b) the Seidon 120V product sold by CMI in the United States directly infringes claims 1-15, 17, and 18 of the '764 patent;

(c) the Glacer 240L product sold by CMI in the United States directly infringes claims 1-5 and 7-9 of the '764 patent; and

(d) the Nepton 140XL and Nepton 280L products sold by CMI in the United States directly infringe claims 1-15, 17, and 18 of the '764 patent.

With respect to CMI's counterclaims for declaratory judgment of invalidity of the '362 and '764 patents, judgment is entered in favor of Asetek and against CMI with respect to claims 14, 15, and 17-19 of the '362 patent and claims 1-15 and 17-18 of the '764 patent.

Judgment is further entered in favor of Asetek in the amount of $404,941 for damages accrued through September 30, 2014 (per the jury's verdict). This judgment is without prejudice to Asetek moving for an injunction, supplemental damages, enhanced damages, pre- and post-judgment interest, taxation of costs, and/or further appropriate legal or equitable relief.

Dated: June 1, 2015

Hon. Jon S. Tigar
United States District Judge