UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff,<br><br>    v.<br><br>CMI USA, INC.,<br><br>    Defendant. | Case No. 13-cv-00457-JST<br><br>**ORDER REGARDING DEFENDANTS' OBJECTIONS TO PROPOSED FORM OF PERMANENT INJUNCTION**<br><br>Re: ECF No. 313 |

The Court has received Defendant CMI USA, Inc.'s Objections to Asetek Danmark A/S's Proposed Form of Permanent Injunction. ECF No. 313.

Plaintiff Asetek Danmark A/S ("Asetek") filed a motion for entry of a permanent injunction, which also included a suggested form of the injunction. See ECF No. 266. CMI's opposition addressed the merits of the motion but did not discuss objections to the form of Asetek's proposed injunction. See ECF No. 287. At the hearing, CMI asked the Court for an opportunity to provide objections as to the form. ECF No. 316, Tr. 39:1-9. After noting that CMI could have addressed this issue in its briefing, the Court instructed CMI to submit a request to file an objection that included information as to the suggested form of the request, the proposed timeline, and the number of pages required. Id. 39:10-24. Rather than file a request to object, CMI instead filed its objections. ECF No. 313.

The Court will consider CMI's objections. The Court, however, admonishes the parties not to violate future Court orders. Asetek is ordered to file its response to CMI's objections, if any, by August 25, 2015. No reply by CMI will be permitted.

**IT IS SO ORDERED.**

Dated: August 18, 2015

                                                  JON S. TIGAR<br>
                                        United States District Judge