UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMI USA, INC.,<br><br>　　　　Defendant. | Case No. 13-cv-00457-JST<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Re: ECF No. 326 |

　　　Asetek moves to file under seal portions of the Declaration of Nisha Mody Regarding Updated Damages Calculations and the entireties of Exhibits 1-9 to the Mody Declaration. ECF No. 326. Asetek seeks to file under seal because CMI has designated the material as confidential. Local Rule 79-5 requires that, within four days of the filing of the administrative motion to file under seal, CMI file a declaration establishing that the designated material is sealable. CMI failed to file a declaration in support sealing within four days of October 8, 2015. Should CMI not file its declaration by October 18, 2015, the Court will deny the motion to file under seal and Asetek may file the documents in the public record.

　　　IT IS SO ORDERED.

Dated: October 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge