1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
REUBEN H. CHEN (SBN 228725)
rchen@cooley.com
KYLE D. CHEN (SBN 239501)
kyle.chen@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendant
CMI USA, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ASETEK DANMARK A/S, | Case No. 3:13-cv-00457 JST |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT CMI USA, INC.'S REQUEST FOR RELEASE OF SEALED HEARING TRANSCRIPT** |
| v. | |
| CMI USA, INC. fka COOLER MASTER USA, INC., | Complaint Filed:   January 31, 2013 |
| Defendant. | Trial Date:        December 2, 2014 |
| | Judge:            Jon S. Tigar |

The Court, having considered Defendant CMI USA, Inc.'s ("CMI") Request for Release of Sealed Hearing Transcript and GOOD CAUSE appearing therefor:

HEREBY ORDERS THAT CMI's Request for Release of Sealed Transcript of the March 7, 2014 hearing is GRANTED.

Dated:  October __21__, 2015

_____
Hon. Jon S. Tigar
U.S. District Court Judge