| | |
|---|---|
| COOLEY LLP | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| REUBEN H. CHEN (SBN 228725) rchen@cooley.com KYLE D. CHEN (SBN 239501) kyle.chen@cooley.com 3175 Hanover Street Palo Alto, CA 94304-1130 Telephone: (650) 843-5000 Facsimile: (650) 849-7400 | ROBERT F. MCCAULEY (SBN 162056) robert.mccauley@finnegan.com ERIK R. PUKNYS (SBN 190926) erik.puknys@finnegan.com JEFFREY D. SMYTH (SBN 280665) jeffrey.smyth@finnegan.com 3300 Hillview Avenue Palo Alto, California 94304 Tel: (650) 849-6600 Fax: (650) 849-6666 |
| Attorneys for Defendant CMI USA, Inc. | ARPITA BHATTACHARYYA (*pro hac vice*) arpita.bhattacharyya@finnegan.com Two Seaport Lane, 6th Floor Boston, MA 02210-2001 Telephone: (617) 646-1600 Facsimile: (617) 646-1666 |
| | Attorneys for Plaintiff ASETEK DANMARK A/S |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, <br><br> Plaintiff, <br><br> v. <br><br> CMI USA., INC. fka COOLER MASTER USA, INC., <br><br> Defendant. | Case No. 3:13-cv-00457 JST <br><br> **JOINT STIPULATION TO APPROVE BOND AND TO STAY EXECUTION OF JUDGMENT THROUGH APPEAL PURSUANT TO FRCP 62; [PROPOSED] ORDER** <br><br> Complaint Filed: January 31, 2013 <br> Trial Date: December 2, 2014 <br> Judge: Jon S. Tigar |

Case No. 3:13-cv-00457 JST

**JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE BOND AND TO STAY JUDGMENT**

1  Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CMI USA, Inc. ("CMI")
2  (collectively the "Parties") respectfully submit this joint stipulation pursuant to Federal Rule of
3  Civil Procedure 62(d) ("Rule 62(d)") for entry of an order by this Court:  (1) approving the
4  supersedeas bond in the amount of $607,500.00 submitted herewith in combination with a
5  supplemental cash deposit in the amount of $37,000 as the "supersedeas bond" provided in Rule
6  62(d), and (2) staying execution of the Court's "Revised Judgment" entered on June 2, 2015 (Dkt.
7  No. 261) and the amended judgment to be entered pursuant to the Court's September 22, 2015
8  Order Denying Defendant's Post-Trial Motions; Granting in Part and Denying in Part Plaintiff's
9  Post-Trial Motions (Dkt. No. 322, hereinafter the "Order") (collectively the "Judgment"), pending
10 CMI's appeal to the United States Court of Appeals for the Federal Circuit.  Said bond in the
11 amount of $607,500.00 is attached as Exhibit 1 to the Declaration of Kyle Chen in Support of the
12 Parties' Stipulation.  The parties have met and conferred and stipulate that the cash deposit of
13 $37,000 will be submitted to the Court to hold in escrow pending the appeal.  CMI will submit a
14 cashier's check or equivalent form of payment to the Court within ten (10) days of the Court's
15 expected order approving this joint stipulation.  As directed on the Court's website, the check will
16 be made payable to "Clerk, U.S. District Court," will include reference to the case number, and
17 will be delivered or mailed to "U.S. District Court, 450 Golden Gate Avenue., San Francisco, CA
18 94102," along with a copy of the expected order approving this stipulation.

19 CMI filed a Notice of Appeal on September 30, 2015 (Dkt. No. 323) within the time limit
20 prescribed in Federal Rule of Appellate Procedure 4 after the Order.  Rule 62(d) states: "[i]f an
21 appeal is taken, the appellant may obtain a stay by supersedeas bond" and "[t]he stay takes effect
22 when the court approves the bond."[1]  The Parties hereby stipulate that the bond in the amount of
23 $607,500.00 in combination with the supplemental cash deposit of $37,000 to be deposited with
24 the Court (collectively the "Plaintiff's Security") satisfies and has the same legal effect as the

---

[1] Rule 62(d) provides that enforcement of a judgment may be stayed as a matter of right pending appeal, provided a supersedeas bond is posted.  Fed. R. Civ. P. 62(d); *Fed. Prescription Serv., Inc. v. Am. Pharm. Ass'n*, 636 F.2d 755, 760-61 (D.C. Cir. 1980); 12-62 *Moore's Federal Practice – Civil* § 62.03 (2015).

Case No. 3:13-cv-00457 JST         -1-         JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE BOND AND TO STAY JUDGMENT

1  "supersedeas bond" requirement under Rule 62(d).  The Parties thus respectfully request that this
2  Court approve the Plaintiff's Security as the "supersedeas bond" under Rule 62(d) and stay
3  execution of the Judgment pending CMI's appeal.  Asetek shall not be permitted to collect on the
4  Plaintiff's Security absent further order from this Court, and the Plaintiff's Security will remain in
5  place until released by order of this Court.  IT IS SO STIPULATED.

6       By his signature below, counsel for CMI attests that counsel for Asetek concurs in the
7  filing of this document.

9  Dated: October 20, 2015                    Respectfully submitted,

10                                             COOLEY LLP
                                               REUBEN H. CHEN
11                                             KYLE D. CHEN

13                                    BY:        */s/ Kyle D. Chen*
                                               Kyle D. Chen (SBN 239501)

14                                             Attorneys for Defendant
                                               CMI USA, INC.

16                                             FINNEGAN, HENDERSON, FARABOW,
                                               GARRETT & DUNNER, LLP

18                                             BY:       */s/ Robert F. McCauley*
                                               Robert F. McCauley (SBN 162056)

19                                             Attorneys for Plaintiff ASETEK
20                                             DANMARK A/S

Case No. 3:13-cv-00457 JST            -2-            JOINT STIPULATION AND [PROPOSED]
                                                     ORDER TO APPROVE BOND AND TO
                                                     STAY JUDGMENT

**[PROPOSED] ORDER**

Pursuant to the Parties' joint stipulation, IT IS SO ORDERED.

Dated: __October 21__, 2015         _____
                                    The Honorable Jon S. Tigar
                                    United States District Judge
                                    Northern District of California

118282431

Case No. 3:13-cv-00457 JST      -3-      **JOINT STIPULATION AND [PROPOSED] ORDER TO APPROVE BOND AND TO STAY JUDGMENT**