Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
Arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

COOLEY LLP
KYLE D. CHEN (SBN 239501)
kyle.chen@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for
COOLER MASTER CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>             Plaintiff,<br><br>       v.<br><br>CMI USA, INC. fka COOLER MASTER USA, INC.,<br><br>             Defendant. | CASE NO. 3:13-CV-00457-JST<br><br>**JOINT STIPULATED REQUEST TO AMEND BRIEFING SCHEDULE; [PROPOSED] ORDER**<br><br>Date:  December 10, 2015<br>Time:  2:00 p.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: Hon. Jon S. Tigar |

1  Pursuant to Civil Local Rules 6-2(a) and 7-12, counsel for Plaintiff Asetek Danmark A/S ("Asetek") and Cooler Master Co., Ltd. ("Cooler Master") respectfully stipulate and request, with the Court's permission, that the time frames for filing the briefs related to Cooler Master's Motion to Intervene and to Suspend Injunction be enlarged by one business day each as follows:

- Asetek's Response, currently due on Friday, November 13, 2015, will be due Monday, November 16, 2015; and
- Cooler Master's Reply, currently due on Friday, November 20, 2015, will be due Tuesday, November 24, 2015.

Counsel for Asetek requested this short extension for the reasons set forth in the accompanying declaration of Jeffrey D. Smyth.  Continuing the response dates as requested will not impact other dates in this matter or cause prejudice to the parties, and the Court will still have ten court days to consider the completed briefing before the scheduled hearing on December 10, 2015.

By his signature below, counsel for Asetek attests that counsel for Cooler Master concurs in the filing of this document.

Dated:  November 10, 2015            Respectfully submitted,

FINNEGAN, HENDERSON, FARABOW,
    GARRETT & DUNNER, LLP

By:     /s/ *Jeffrey D. Smyth*
        Jeffrey D. Smyth

        Attorneys for Plaintiff
        Asetek Danmark A/S

Dated:  November 10, 2015            COOLEY LLP

By:     */s/ Kyle Chen*
        Kyle D. Chen

        Attorneys for
        Cooler Master Co., Ltd.

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 10, 2015

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California