UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASETEK DANMARK A/S,

    Plaintiff,

v.

CMI USA, INC.,

    Defendant.

Case No. 13-cv-00457-JST

**ORDER VACATING HEARING**

Re: ECF No. 349

Before the Court is Cooler Master Co., Ltd.'s Motion to Intervene and Suspend the Injunction. ECF No. 349. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for December 10, 2015, is hereby vacated.

IT IS SO ORDERED.

Dated: November 30, 2015

                                                          JON S. TIGAR
                                               United States District Judge