Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN (190926)
erik.puknys@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Tel: (650) 849-6600
Fax: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone:    (617) 646-1600
Facsimile:    (617) 646-1666

Attorneys for Plaintiffs
ASETEK DANMARK A/S

Kyle D. Chen (SBN 239501)
kyle.chen@cooley.com
COOLEY LLP
3175 Hanover St
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

Attorneys for Defendants
COOLER MASTER CO., LTD.
CMI USA, INC., fka
COOLER MASTER USA INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>             Plaintiffs,<br><br>v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC. and COOLER MASTER CO., LTD<br><br>             Defendants. | CASE NO.  3:13-CV-00457-JST<br><br>**JOINT CASE MANAGEMENT STATEMENT AND STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date:  Wednesday, January 18, 2017<br>Time:  2 p.m.<br>Dept.:  Courtroom 9, 19th Floor<br>Judge:  Hon. Jon S. Tigar |

1  Pursuant to the CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE dated December 9, 2016 (Dkt. No. 361), the parties respectfully submit this Joint Case Management Statement and Stipulated Request to Continue the Case Management Conference, currently scheduled for January 18, 2017.

Even though the United States Court of Appeals for the Federal Circuit issued a decision on December 6, 2016, the appeal remains pending. Under the Federal Rules of Appellate Procedure, the Federal Circuit's mandate should issue within "7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later." Fed. R. App. P. 41(b). CMI and Cooler Master intend to petition for a rehearing and asked for, and received, an extension of the due date for their rehearing petition to January 19, 2017. As a result, the Federal Circuit's mandate has not issued and will not issue before the scheduled date of the Case Management Conference.

In view of the foregoing, the parties agree, with the Court's permission, that the Case Management Conference be continued until after the Federal Circuit issues its mandate. Accordingly, the parties also propose that they submit a status update on March 1, 2017, or within 7 days after the Federal Circuit issues its mandate, whichever occurs first.

/
/
/
/
/
/
/
/
/
/

By his signature below, counsel for Asetek attests that counsel for CMI and Cooler Master concurs in the filing of this Joint Stipulated Request to Continue the Case Management Conference.

Dated: January 9, 2017           FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER, LLP

                                         By:   /s/ Robert F. McCauley
                                                           Robert F. McCauley

                                                   Attorneys for Plaintiffs
                                                  Asetek Danmark A/S

Dated: January 9, 2017           COOLEY LLP

                                         By:   /s/ Kyle D. Chen
                                                           Kyle D. Chen

                                                  Attorneys for Cooler Master Co., Ltd., CMI
                                                 USA, Inc., fka Cooler Master USA Inc.

**[PROPOSED] ORDER**

Having considered the parties' Joint Stipulated Request, the Court hereby continues the Case Management Conference scheduled for January 18, 2017. The parties are to submit a status update on March 1, 2017, or within 7 days after the Federal Circuit issues its mandate, whichever occurs first.

IT IS SO ORDERED.

Dated: January 10, 2017

_____
The Honorable Jon S. Tigar
United States District Judge
Northern District of California