| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Arpita Bhattacharyya (*pro hac vice*)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Telephone: (617) 646-1600<br>Facsimile: (617) 646-1666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Reuben H. Chen (SBN 228725)<br>rchen@cooley.com<br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover St<br>Palo Alto, CA 94304<br>Tel: (650) 843-5000<br>Fax: (650) 849-7400<br><br>Attorneys for Defendant<br>CMI USA, INC.<br><br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover St<br>Palo Alto, CA 94304<br>Tel: (650) 843-5000<br>Fax: (650) 849-7400<br><br>Attorneys for Intervenor<br>COOLER MASTER CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff,<br><br>    v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC.<br><br>        Defendant,<br>  and<br><br>COOLER MASTER CO., LTD<br><br>Intervenor. | CASE NO. 3:13-cv-00457-JST<br><br>**STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CMI USA, Inc. ("CMI") (collectively the "Parties") respectfully submit this joint stipulation. On October 19, 2015, the Court entered its Amended Judgment against CMI and in favor of Asetek in the amount of $639,457.18. DI 339. CMI appealed to the Federal Circuit. Pending its appeal, CMI submitted evidence of a supersedeas bond in the amount of $607,500 (DI 347), as well as a supplemental cash deposit to the Court in the amount of $37,000 which the parties agreed to treat as part of its supersedeas bond (*see* DI 347-1, DI 347-2), and the Court stayed the execution of judgment. DI 347-2.

On April 3, 2017, the United States Court of the Federal Circuit issued its opinion and judgment affirming this Court's rulings on damages, validity, and infringement. DI 375, DI 376. A mandate has been issued and filed. DI 377, DI 378.

The Parties jointly request that the Court issue an order lifting the stay on execution of judgment. The Parties stipulate that in addition to the $639,457.18 due to Asetek under the judgment (DI 337), post-judgment interest of $2,178 is due from CMI to Asetek, so that CMI is obligated to pay $641,635.18 to satisfy judgment.

Counsel for the parties are cooperating and expect Asetek to also receive CMI's payment of $607,500 under the bond (DI 347) because CMI has represented that it deposited the full $607,500 with a bonding company, and collection efforts are underway. D.I. 347, Ex. 1. With regard to the balance of $34,135.18 owed to Asetek, the Parties stipulate and jointly request that the Court issue an order directing the Court Clerk issue a check in that amount to Asetek Danmark A/S (drawn from CMI's $37,000 deposit with the Court) and mail it to Robert McCauley (counsel for Asetek), and that the Court issue a check to CMI USA, Inc. for the balance, $2,864.82, and mail it to Kyle Chen (counsel for CMI).

This stipulation is submitted without prejudice to any further execution or collection efforts by Asetek in the event the bonding company does not pay Asetek within 30 days from entry of this stipulated order or for other good cause.

### **ATTESTATION**

By signature below, counsel for Asetek attests that counsel for CMI concurs in the filing of this document.

| | | |
|---|---|---|
| Dated: April 19, 2017 | | Respectfully submitted<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |

By: */s/ Robert F. McCauley*
   Robert F. McCauley
   Attorneys for Plaintiff
   Asetek Danmark A/S

Dated: April 19, 2017                COOLEY LLP


By: */s/ Kyle D. Chen*
   Kyle D. Chen
   Attorneys for Defendants
   Cooler Master Co., Ltd., CMI
   USA, Inc., fka Cooler Master USA Inc.

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The stay on execution of judgment for Plaintiff Asetek Danmark A/S ("Asetek") and against Defendant CMI USA, Inc. ("CMI") is lifted. The Clerk of the Court shall:

1. Issue a check for $34,135.18 made payable to Asetek Danmark A/S (drawn from CMI's $37,000 prior deposit with the Court (*see* DI 347-1) and mail it to Robert McCauley, Finnegan, 3300 Hillview Ave., Palo Alto, CA 94304; and

2. Issue a check to payable to CMI USA, Inc. for 2,864.82 (the balance on CMI's $37,000 prior deposit) and mail it to Kyle Chen, Cooley, 3175 Hanover St., Palo Alto, CA 94304.

This Order is entered without prejudice to any further execution or collection efforts by Asetek on the $607,500 owed by CMI in the event the bonding company does not pay Asetek within 30 days from entry of this order or for other good cause.

IT IS SO ORDERED.

Dated: April 24, 2017

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

IT IS SO ORDERED
/s/ Judge Jon S. Tigar