| | |
|---|---|
| 1 | Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com |
| 2 | Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com |
| 3 | Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com |
| 4 | Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com |
| 5 | FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |
| 6 | 3300 Hillview Avenue<br>Palo Alto, California 94304 |
| 7 | Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666 |

Reuben H. Chen (SBN 228725)
rchen@cooley.com
Kyle D. Chen (SBN 239501)
kyle.chen@cooley.com
COOLEY LLP
3175 Hanover St
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

Attorneys for Defendant
CMI USA, INC.

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Kyle D. Chen (SBN 239501)
kyle.chen@cooley.com
COOLEY LLP
3175 Hanover St
Palo Alto, CA 94304
Tel: (650) 843-5000
Fax: (650) 849-7400

Attorneys for Intervenor
COOLER MASTER CO., LTD.

Attorneys for Plaintiff
ASETEK DANMARK A/S

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff,<br><br>  v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC.<br><br>        Defendant,<br>  and<br><br>COOLER MASTER CO., LTD<br><br>        Intervenor. | CASE NO. 3:13-cv-00457-JST<br><br>**STIPULATION REGARDING DISBURSEMENT AND [PROPOSED] ORDER** |

In response to the Court's Order Regarding Disbursement (DI 385), Plaintiff Asetek Danmark A/S ("Asetek") and Defendant CMI USA, Inc. ("CMI") (collectively the "Parties") respectfully submit this joint stipulation. As explained and for the reasons set forth in the Parties' prior stipulation (DI 380), the Parties stipulate and jointly request that the Court issue an order directing the Court Clerk issue a check in the amount of $34,135.18 to Asetek Danmark A/S (drawn from CMI's $37,000 deposit with the Court) and mail it to Robert McCauley (counsel for Asetek), and that the Court issue a check to CMI USA, Inc. for the balance of CMI's deposit ($2,864.82) plus any interest accrued on that deposit and mail it to Kyle Chen (counsel for CMI).

On Friday, May 5, 2017, CMI's counsel emailed Mr. Noble a completed W-9 form for CMI, as requested by the Court.

**<u>ATTESTATION</u>**

By signature below, counsel for Asetek attests that counsel for CMI concurs in the filing of this document.

Respectfully submitted

Dated: May 9, 2017　　　　　　　　　　　FINNEGAN, HENDERSON, FARABOW,
　　　　　　　　　　　　　　　　　　　　　GARRETT & DUNNER, LLP


By:　　*/s/ Robert F. McCauley*
　　　Robert F. McCauley
　　　Attorneys for Plaintiff
　　　Asetek Danmark A/S


Dated: May 9, 2017　　　　　　　　　　　COOLEY LLP


By:　　*/s/ Kyle D. Chen*
　　　Kyle D. Chen

　　　Reuben H. Chen
　　　Kyle D. Chen
　　　Attorneys for Defendant
　　　CMI USA, Inc.

　　　Kyle D. Chen
　　　Attorney for Intervenor
　　　COOLER MASTER CO., LTD.

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The Clerk of the Court shall:

1. Issue a check for $34,135.18 made payable to Asetek Danmark A/S (drawn from CMI's $37,000 prior deposit with the Court (*see* DI 347-1) and mail it to Robert McCauley, Finnegan, 3300 Hillview Ave., Palo Alto, CA 94304; and

2. Issue a check to payable to CMI USA, Inc. for 2,864.82 (the balance on CMI's $37,000 prior deposit) plus any interest accrued on that deposit and mail it to Kyle Chen, Cooley, 3175 Hanover St., Palo Alto, CA 94304.

IT IS SO ORDERED.

Dated: May 9, 2017

The Honorable Jon S. Tigar
United States District Judge
Northern District of California