Robert F. McCauley (SBN 162056)
robert.mccauley@finnegan.com
Erik R. Puknys (SBN 190926)
erik.puknys@finnegan.com
Lily Lim (SBN 214536)
lily.lim@finnegan.com
Jacob A. Schroeder (SBN 264717)
jacob.schroeder@finnegan.com
Jeffrey D. Smyth (SBN 280665)
jeffrey.smyth@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
3300 Hillview Avenue
Palo Alto, California 94304
Telephone: (650) 849-6600
Facsimile: (650) 849-6666

Arpita Bhattacharyya (*pro hac vice*)
arpita.bhattacharyya@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
Two Seaport Lane, 6th Floor
Boston, MA 02210-2001
Telephone: (617) 646-1600
Facsimile: (617) 646-1666

Attorneys for Plaintiff
ASETEK DANMARK A/S

Ruben H. Chen (SBN 228725)
rchen@cooley.com
Kyle D. Chen (SBN 239501)
kyle.chen@colley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fascimile: (650) 849-7400

Attorneys for Defendant
CMI USA, Inc.

Mark Weinstein (SBN 193043)
mweinstein@cooley.com
Kyle D. Chen (SBN 239501)
kyle.chen@colley.com
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Fascimile: (650) 849-7400

Attorneys for Intervenor
COOLER MASTER CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>    Plaintiff,<br><br>v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC.,<br><br>    Defendant,<br>  and<br><br>COOLER MASTER CO., LTD.,<br><br>    Intervenor. | CASE NO. 3:13-cv-00457-JST<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE;**<br><br>**SUPPORTING DECLARATION;**<br><br>**[PROPOSED] ORDER** |

JOINT STIPULATION TO MODIFY CASE
SCHEDULE; [PROPOSED] ORDER
CASE NO. 3:13-cv-00457-JST

Plaintiff Asetek Danmark A/S ("Asetek"), Defendant CMI USA, Inc. ("CMI") and Intervenor Cooler Master Co., Ltd. ("Cooler Master") jointly stipulate with the Court's permission, to modify the Case Schedule (Dkt. 384), as provided below. Previously, the parties proposed (Dkt. 381) and the Court adopted (Dkt. 384) a case schedule regarding issues remanded by the Federal Circuit. The parties have been cooperating regarding discovery and seek a three-week extension to complete discovery, including accommodating deposition witness schedules and the Fourth-of-July holidays, as well as to allow the parties to further assess and discuss whether they can reach agreement on modifications to the language of the injunction that will resolve these remaining issues. The three-week extension will not have any impact on the case other than moving the following due dates.

The parties agree to the proposed new deadlines in the following table.

| Event | Deadline per Dkt. 384 | Proposed New Deadline |
|---|---|---|
| **Discovery cutoff** | June 23, 2017 | July 14, 2017 |
| **Motion for injunction against Cooler Master due** | July 13, 2017 | August 3, 2017 |
| **Responses due** | August 10, 2017 | August 31, 2017 |
| **Replies due** | August 24, 2017 | September 14, 2017 |
| **Motion hearing** | September 14, 2017 at 2:00 pm | Any date after September 14, 2017 that is convenient for the Court |

| | | |
|---|---|---|
| Dated: June 21, 2017 | | Respectfully submitted,<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP |

By:  /s/ *Lily Lim*
   Lily Lim
   *Attorneys for Plaintiff*
   *ASETEK DANMARK A/S*

Dated: June 21, 2017          COOLEY LLP

By:  /s/ *Kyle D. Chen*
   Kyle Chen
   *Attorneys for Defendant*
   *CMI USA, INC.*

Dated: June 21, 2017          COOLEY LLP

By:  /s/ *Kyle D. Chen*
   Kyle D. Chen
   *Attorneys for Intervenor*
   *COOLER MASTER CO., LTD*

## DECLARATION AND ATTESTATION

I, Lily Lim, hereby declare that the foregoing statements are true and correct. Further, I attest that concurrence in the filing of the document has been obtained from counsel for CMI USA, Inc. and Cooler Master Co., Ltd.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California.

Dated: June 21, 2017          FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP

By:  /s/ *Lily Lim*
   Lily Lim
   *Attorneys for Plaintiff*
   *Asetek Danmark A/S*

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation AND FOR GOOD CAUSE SHOWN, the Court adopts the parties' schedule as set forth in the Stipulation above.

**IT IS SO ORDERED**

Dated: June 22, 2017

_____
Honorable Jon S. Tigar
United States District Judge

Northern District of California