| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Arpita Bhattacharyya (pro hac vice)<br>arpita.bhattacharyya@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Seaport Lane, 6th Floor<br>Boston, MA 02210-2001<br>Telephone: (617) 646-1600<br>Facsimile: (617) 646-1666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Ruben H. Chen (SBN 228725)<br>rchen@cooley.com<br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Fascimile: (650) 849-7400<br><br>Attorneys for Defendant<br>CMI USA, Inc.<br><br>Mark Weinstein (SBN 193043)<br>mweinstein@cooley.com<br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Fascimile: (650) 849-7400<br><br>Attorneys for Intervenor<br>COOLER MASTER CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S,<br><br>        Plaintiff,<br><br>        v.<br><br>CMI USA, INC., fka COOLER MASTER USA, INC.,<br><br>        Defendant,<br>   and<br><br>COOLER MASTER CO., LTD.,<br><br>        Intervenor. | CASE NO. 3:13-cv-00457-JST<br><br>**JOINT STIPULATION TO MODIFY CASE SCHEDULE; DECLARATION OF LILY LIM IN SUPPORT THEREOF; [PROPOSED] ORDER** |

Plaintiff Asetek Danmark A/S ("Asetek"), Defendant CMI USA, Inc. ("CMI") and Intervenor Cooler Master Co., Ltd. ("Cooler Master") jointly stipulate with the Court's permission, to modify the Case Schedule (Dkt. 391), as provided below. Previously, the parties proposed (Dkt. 381) and the Court adopted (Dkt. 384) a case schedule regarding issues remanded by the Federal Circuit. Subsequently, the parties stipulated to a 3-week extension that the Court adopted (Dkt. 391). The parties have been continuing to cooperate on discovery and seek an additional three-week extension to complete discovery, including having all CMI and Cooler Master witnesses travel so that all depositions will be held in Palo Alto (either on July 27 and 28th or on multiple days during the week of July 31st), as well as to allow the parties to further assess and discuss whether they can reach agreement on modifications to the language of the injunction that will resolve these remaining issues. The additional three-week extension will not have any impact on the case other than moving the following due dates.

The parties agree to the proposed new deadlines in the following table.

| Event | Deadline per Dkt. 384 | Current Deadline Per Dkt. 391 | Proposed New Deadline |
|---|---|---|---|
| Discovery cutoff | June 23, 2017 | July 14, 2017 | Aug. 4, 2017 |
| Motion for injunction against Cooler Master due | July 13, 2017 | Aug. 3, 2017 | Aug. 24. 2017 |
| Responses due | Aug. 10, 2017 | Aug. 31, 2017 | Sept. 21, 2017 |
| Replies due | Aug. 24, 2017 | Sept. 14, 2017 | Oct. 5, 2017 |
| Motion hearing | Sept. 14, 2017 at 2:00 pm | Any date after Sept. 14, 2017 that is convenient for the Court | Any date after Oct. 5, 2017 that is convenient for the Court |

Respectfully submitted,

Dated: July 6, 2017          FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                             By:    /s/ Lily Lim
                                 Lily Lim
                                 *Attorneys for Plaintiff*
                                 ASETEK DANMARK A/S

Dated: July 6, 2017          COOLEY LLP

                             By:    /s/ Kyle D. Chen
                                 Kyle D. Chen
                                 *Attorneys for Defendant*
                                 CMI USA, INC.

Dated: July 6, 2017          COOLEY LLP

                             By:    /s/ Kyle D. Chen
                                 Kyle D. Chen
                                 *Attorneys for Intervenor*
                                 COOLER MASTER CO., LTD

## DECLARATION AND ATTESTATION

I, Lily Lim, hereby declare that the foregoing statements are true and correct. Further, I attest that concurrence in the filing of the document has been obtained from counsel for CMI USA, Inc. and Cooler Master Co., Ltd.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California.

Dated: July 6, 2017          FINNEGAN, HENDERSON, FARABOW,
                              GARRETT & DUNNER, LLP

                             By:    */s/ Lily Lim*
                                 Lily Lim
                                 *Attorneys for Plaintiff*
                                 Asetek Danmark A/S

**[PROPOSED] ORDER**

Pursuant to the parties' Stipulation AND FOR GOOD CAUSE SHOWN, the Court adopts the parties' schedule as set forth in the Stipulation above.

**IT IS SO ORDERED**

Dated: July 6, 2017

_____
Honorable Jon S. Tigar
United States District Judge
Northern District of California