| | |
|---|---|
| 1  Robert F. McCauley (SBN 162056) | Ruben H. Chen (SBN 228725) |
|    robert.mccauley@finnegan.com | rchen@cooley.com |
| 2  Erik R. Puknys (SBN 190926) | Kyle D. Chen (SBN 239501) |
|    erik.puknys@finnegan.com | kyle.chen@cooley.com |
| 3  Lily Lim (SBN 214536) | COOLEY LLP |
|    lily.lim@finnegan.com | 3175 Hanover Street |
| 4  Jacob A. Schroeder (SBN 264717) | Palo Alto, CA 94304-1130 |
|    jacob.schroeder@finnegan.com | Telephone: (650) 843-5000 |
| 5  Jeffrey D. Smyth (SBN 280665) | Fascimile: (650) 849-7400 |
|    jeffrey.smyth@finnegan.com | |
| 6  FINNEGAN, HENDERSON, FARABOW, | Attorneys for Defendant |
|      GARRETT & DUNNER, LLP | CMI USA, Inc. |
| 7  3300 Hillview Avenue | |
|    Palo Alto, California 94304 | |
| 8  Telephone: (650) 849-6600 | Mark Weinstein (SBN 193043) |
|    Facsimile: (650) 849-6666 | mweinstein@cooley.com |
|    | Kyle D. Chen (SBN 239501) |
|    Arpita Bhattacharyya (pro hac vice) | kyle.chen@cooley.com |
| 10 arpita.bhattacharyya@finnegan.com | COOLEY LLP |
|    FINNEGAN, HENDERSON, FARABOW, | 3175 Hanover Street |
| 11   GARRETT & DUNNER, LLP | Palo Alto, CA 94304-1130 |
|    Two Seaport Lane, 6th Floor | Telephone: (650) 843-5000 |
| 12 Boston, MA 02210-2001 | Fascimile: (650) 849-7400 |
|    Telephone: (617) 646-1600 | |
| 13 Facsimile: (617) 646-1666 | Attorneys for Intervenor |
|    | COOLER MASTER CO., LTD. |
| 14 Attorneys for Plaintiff | |
|    ASETEK DANMARK A/S | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S, | CASE NO. 3:13-cv-00457-JST |
| Plaintiff, | **JOINT STIPULATION TO MODIFY CASE SCHEDULE;** |
| v. | **DECLARATION OF LILY LIM IN SUPPORT THEREOF;** |
| CMI USA, INC., fka COOLER MASTER USA, INC., | **[PROPOSED] ORDER** |
| Defendant, and | |
| COOLER MASTER CO., LTD., | |
| Intervenor. | |

Plaintiff Asetek Danmark A/S ("Asetek"), Defendant CMI USA, Inc. ("CMI") and Intervenor Cooler Master Co., Ltd. ("Cooler Master") jointly stipulate with the Court's permission, to modify the Case Schedule (Dkt. 393), as provided below. Previously, the parties proposed (Dkt. 381) and the Court adopted (Dkt. 384) a case schedule regarding issues remanded by the Federal Circuit. Subsequently, the parties stipulated to two three-week extensions that the Court adopted (Dkt. 391 and Dkt. 393). The parties have been continuing to cooperate on discovery and seek an additional three-week extension to complete discovery, including depositions of CMI or Cooler Master witnesses that normally reside in Taiwan that began on July 27, 2017, and are scheduled to continue starting on August 2, 2017, in Palo Alto. The extension will also allow the parties to further assess and discuss whether they can resolve the remaining issues and conserve judicial resources. The additional three-week extension will not have any impact on the case other than moving the following due dates.

The parties agree to the proposed new deadlines in the following table.

| Event | Deadline per Dkt. 384 | Deadline Per Dkt. 391 | Deadline Per Dkt. 393 | Proposed New Deadline |
|---|---|---|---|---|
| Discovery cutoff | June 23, 2017 | July 14, 2017 | Aug. 4, 2017 | Aug. 25, 2017 |
| Motion for injunction against Cooler Master due | July 13, 2017 | Aug. 3, 2017 | Aug. 24. 2017 | Sep. 14, 2017 |
| Responses due | Aug. 10, 2017 | Aug. 31, 2017 | Sept. 21, 2017 | Oct. 12, 2017 |
| Replies due | Aug. 24, 2017 | Sept. 14, 2017 | Oct. 5, 2017 | Oct. 26, 2017 |
| Motion hearing | Sept. 14, 2017 at 2:00 pm | Any date after Sept. 14, 2017 that is convenient for the Court | Any date after Oct. 5, 2017 that is convenient for the Court | Any date after Nov. 2, 2017 that is convenient for the Court. |

Respectfully submitted,

Dated: July 28, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: /s/ Lily Lim
Lily Lim
*Attorneys for Plaintiff*
*ASETEK DANMARK A/S*

Dated: July 28, 2017

COOLEY LLP

By: /s/ Kyle D. Chen
Kyle D. Chen
*Attorneys for Defendant*
*CMI USA, INC.*

Dated: July 28, 2017

COOLEY LLP

By: /s/ Kyle D. Chen
Kyle D. Chen
*Attorneys for Intervenor*
*COOLER MASTER CO., LTD*

## DECLARATION AND ATTESTATION

I, Lily Lim, hereby declare that the foregoing statements are true and correct. Further, I attest that concurrence in the filing of the document has been obtained from counsel for CMI USA, Inc. and Cooler Master Co., Ltd.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in Palo Alto, California.

Dated: July 28, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP

By: */s/ Lily Lim*
Lily Lim
*Attorneys for Plaintiff*
*Asetek Danmark A/S*

# [PROPOSED] ORDER

Pursuant to the parties' Stipulation AND FOR GOOD CAUSE SHOWN, the Court adopts the parties' schedule as set forth in the Stipulation above.

The Court does not anticipate granting any further extensions of the schedule.

It is so ordered.

Dated: July 31, 2017

Honorable Jon S. Tigar
United States District Judge

Northern District of California