| | |
|---|---|
| Robert F. McCauley (SBN 162056)<br>robert.mccauley@finnegan.com<br>Erik R. Puknys (SBN 190926)<br>erik.puknys@finnegan.com<br>Lily Lim (SBN 214536)<br>lily.lim@finnegan.com<br>Jacob A. Schroeder (SBN 264717)<br>jacob.schroeder@finnegan.com<br>Jeffrey D. Smyth (SBN 280665)<br>jeffrey.smyth@finnegan.com<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>3300 Hillview Avenue<br>Palo Alto, California 94304<br>Telephone: (650) 849-6600<br>Facsimile: (650) 849-6666<br><br>Attorneys for Plaintiff<br>ASETEK DANMARK A/S | Reuben H. Chen (SBN 228725)<br>rchen@cooley.com<br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Defendant<br>CMI USA, INC.<br><br>Mark Weinstein (SBN 193043)<br>mweinstein@cooley.com<br>Kyle D. Chen (SBN 239501)<br>kyle.chen@cooley.com<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br><br>Attorneys for Intervenor<br>COOLER MASTER CO., LTD. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ASETEK DANMARK A/S<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CMI USA, INC.,<br><br>　　　　Defendant,<br><br>　　and<br><br>COOLER MASTER CO., LTD.,<br><br>　　　　Intervenor. | CASE NO. 3:13-cv-00457-JST<br><br>**JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO STAY PROCEEDINGS PENDING CONSUMMATION OF SETTLEMENT AGREEMENT** |

Plaintiff Asetek Danmark A/S ("Asetek"), Defendant CMI USA, Inc. ("CMI"), and Intervenor Cooler Master Co., Ltd. ("Cooler Master"), through their undersigned attorneys, hereby jointly notify the Court that the parties have reached an agreement to settle this matter, and respectfully request an order from the Court to stay proceedings for 14 days so that the parties can reduce the agreement into writing. The parties intend to file consent judgment papers within the 14 day period.

**THEREFORE,** the parties jointly request that the Court stay all deadlines in this case for 14 days.

Dated: August 25, 2017        FINNEGAN, HENDERSON, FARABOW,
                                GARRETT & DUNNER, LLP


                              By:    /s/ Lily Lim
                                  Lily Lim
                                  *Attorneys for Plaintiff*
                                  *ASETEK DANMARK A/S*

Dated: August 25, 2017        COOLEY LLP


                              By:    /s/ Kyle Chen
                                  Kyle Chen
                                  *Attorneys for Defendant*
                                  *CMI USA, Inc.*

Dated: August 25, 2017        COOLEY LLP


                              By:    /s/ Kyle Chen
                                  Kyle Chen
                                  *Attorneys for Intervenor*
                                  *COOLER MASTER CO., LTD.*

## DECLARATION AND ATTESTATION

Counsel for Asetek, Lily Lim, hereby attests by her signature below the preceding facts are true and that concurrence in the filing of this document was obtained from counsel for CMI and Cooler Master. The foregoing is signed in Palo Alto, California under penalty of perjury.

Dated: August 25, 2017

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP


By: /s/ Lily Lim
Lily Lim
*Attorneys for Plaintiff*
ASETEK DANMARK A/S

# **[PROPOSED] ORDER**

Having considered the foregoing joint stipulated request and finding that good cause exists to stay this proceeding and all deadlines in this matter for 14 days.

The parties shall file consent judgment papers or an updated stipulated schedule within 14 days of this order.

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated: August 28, 2017

The Honorable Jon S. Tigar
United States District Court Judge
Northern District of California